**B1 (Official Form 1) (04/13)**

| United States Bankruptcy Court<br>District of Puerto Rico | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**UNIVERSAL DOOR AND WINDOW MANUFACTURE INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**UNIVERSAL DOOR AND WINDOWS MANUFACTURING, INC.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):  **66-0515741** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**CARR 446 KM 0.5 BO. GUATEMALA<br>AVE. RICARDO SERRANO #52<br>SAN SEBASTIAN, PR**<br>ZIPCODE **00685** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**San Sebastian** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**HC 2 BOX 24892<br>SAN SEBASTIAN, PR**<br>ZIPCODE **00685** | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**RICARDO SERRANO AVENUE #50, SAN SEBASTIAN, PR**<br>ZIPCODE **00685** | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)                                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**UNIVERSAL DOOR AND WINDOW MANUFACTURE INC.** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br>If this is a joint petition:<br>   ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)                                                                                             Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**UNIVERSAL DOOR AND WINDOW MANUFACTURE INC.** |
|---|---|

**Signatures**

<table>
<tr>
<th>Signature(s) of Debtor(s) (Individual/Joint)</th>
<th>Signature of a Foreign Representative</th>
</tr>
<tr>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

</td>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

</td>
</tr>
<tr>
<th>Signature of Attorney*</th>
<th>Signature of Non-Attorney Petition Preparer</th>
</tr>
<tr>
<td>

X *Winston Vidal*
Signature of Attorney for Debtor(s)

**WINSTON VIDAL GAMBARO, ESQ. USDC-130401**
**P.O. Box 193673**
**San Juan, PR**
**(787) 751-2864  Fax: (787) 763-6114**
**wvidal@prtc.net**

**February 19, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td>

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

</td>
</tr>
<tr>
<th>Signature of Debtor (Corporation/Partnership)</th>
<td rowspan="1">

X _____
   Signature

_____
Date
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

</td>
</tr>
<tr>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Authorized Individual

**EVELIO CRESPO TRAVERZO**
Printed Name of Authorized Individual

**PRESIDENT/TREASURER**
Title of Authorized Individual

**February 19, 2015**
Date

Tel. 939-273-2479

</td>
</tr>
</table>

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# RESOLUTION OF THE BOARD OF DIRECTORS OF
# UNIVERSAL DOOR AND WINDOW MANUFACTURE INC.

I, LILLIAN ALERS SOTO, secretary state as follows:

A discussion was held about the financial condition of the Corporation on February 2, 2015  Thereupon, on motion duly made and seconded, the following Resolution was adopted unanimously:

> WHEREAS, the affairs of the business of this Corporation have not been successfully conducted for several months and unable to pay its debts as they arise and;

> WHEREAS, reasonable possibility appears for rehabilitation;

> Be it therefore resolved, that this Corporation file its Voluntary Petition for Relief under Chapter 11 of Title 11 in the United States Bankruptcy Court and;

> Be it further resolved, that **EVELIO CRESPO TRAVERZO**, the President and Treasurer is hereby authorized to prepare the necessary Petition For Relief and by his single signature execute all necessary documents and bind this Corporation thereby and;

> Be it further resolved, that **EVELIO CRESPO TRAVERZO** , the President and Treasurer is authorized to engage the services as shall appear necessary of attorney **WINSTON VIDAL GÁMBARO** and any accountant or both to assist in said matter and to reimburse said person or persons out of the assets of the Corporation.

That this resolution is in full force and effect and has not been revoked, modified, annulled or amended in any manner whatsoever.

**IN WITNESS WHEREOF**, I have hereunto set my hand and affixed the seal of the Corporation.

There being no further business to come before the meeting, on motion duly made and seconded, the meeting was adjourned.

In San Sebastian, Puerto Rico on this 2th , day of February 2015

CORPORATE
SEAL
83,817

Universal Door and Windows Manufacture, Inc.
Puerto Rico

_____
**LILLIAN ALERS SOTO**
**Secretary**

B4 (Official Form 4) (12/07)

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                      Case No. _____

UNIVERSAL DOOR AND WINDOW MANUFACTURE INC.      Chapter **11**
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| PERFILES DE ALUMINIO, INC. P.O. BOX 1622 CANOVANAS, PR  00729-1622 | (787) 876-7858 | Trade debt | | 435,500.00 |
| COFECC CORP PARA EL FINANCIAMIENTO EMPRESARIAL P.O. BOX 191791 SAN JUAN, PR  00919-1791 | | | | 895,472.64 Collateral: 662,927.20 Unsecured: 272,453.98 |
| COMPAÑIA DE FOMENTO INDUSTRIAL DE PR P.O. BOX 362350 SAN JUAN, PR  00936-2350 | | | | 78,699.46 |
| PR DEPT OF TREASURY BANKRUPTCY DIVISION - OFFICE 424-B P.O. BOX 924140 SAN JUAN, PR  00902-4140 | | | | 64,350.17 |
| ROYAL GLASS IMPERIAL 4745 ISLA VERDE AVE. CM-1 CAROLINA, PR  00979-5424 | (787) 728-1061 | Trade debt | | 38,768.88 |
| INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA, PA  19101-7346 | 1(800) 829-0115 | Tax debt | | 36,843.42 |
| INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA, PA  19101-7346 | 1(800) 829-0115 | | | 33,941.88 |
| STATE INSURANCE FUND C/O WALLY DE LA ROSA VIDAL, ESQ. P.O. BOX 365028 SAN JUAN, PR  00936-5028 | | Tax debt | | 24,194.21 |
| PR DEPARTMENT OF LABOR 505 AVE MUÑOZ RIVERA 12TH FLOOR SAN JUAN, PR  00918 | | Tax debt | | 22,532.16 |
| UNIVERSAL INSURANCE CO. P.O. BOX 71338 SAN JUAN, PR  00936-8438 | | Trade debt | | 19,526.60 |
| PR DEPT OF TREASURY BANKRUPTCY DIVISION - OFFICE 424-B P.O. BOX 924140 SAN JUAN, PR  00902-4140 | | Tax debt | | 17,496.41 |
| PR DEPARTMENT OF LABOR 505 AVE MUÑOZ RIVERA 12TH FLOOR SAN JUAN, PR  00918 | | Tax debt | | 13,724.06 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| **BANCO POPULAR DE PR**<br>P.O. BOX 362708<br>SAN JUAN, PR  00936-2708 | (787) 765-9800 | Bank loan | 12,359.54 |
| **CRIM**<br>P.O. BOX 195387<br>SAN JUAN, PR  00919-5387 | | Tax debt | 10,601.04 |
| **VASA VIDRIERA ARGENTIN**<br>AVE ANTARTIDA ARGENTINA<br>LLAVALLOL BUENOS AIRES, AG  B1836AON | | Trade debt | 9,692.09 |
| **CPA MILTON ORTIZ**<br>BOX 2461<br>MOCA, PR  00676 | (787) 877-7077 | Trade debt | 7,920.00 |
| **PR TELEPHONE CO. (CLARO)**<br>P.O. BOX 70239<br>SAN JUAN, PR  00936-8238 | (787) 774-4232 | Trade debt | 3,360.92 |
| **SONFAST CARIBE INC.**<br>ROYAL INDUSTRIAL PARK ROAD 869<br>CATAÑO, PR  00962 | (787) 788-3760 | Trade debt | 3,304.00 |
| **JJF NIEVES ACCOUNTING & TAX**<br>P.O. BOX 1570<br>SAN SEBASTIAN, PR  00685 | (787) 280-6514 | Trade debt | 1,750.00 |
| **C.R. LAURENCE COMPANY**<br>P.O. BOX 58923<br>LOS ANGELES, CA  90058-0923 | (323) 588-1281 | Trade debt | 1,553.98 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **February 19, 2015**   Signature:

EVELIO CRESPO TRAVERZO, PRESIDENT/TREASURER

(Print Name and Title)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN THE MATTER OF:**<br><br>**UNIVERSAL DOOR AND WINDOW MANUFACTURE, INC.**<br><br>**a/k/a**<br><br>**UNIVERSAL DOOR AND WINDOWS MANUFACTURING, INC.**<br><br>**DEBTOR(S)** | **CASE NO.**<br><br>**CHAPTER 11** |

## LIST OF STOCKHOLDERS, OFFICERS AND DIRECTORS

| NAME | NUMBER OF SHARES OWNED | %OF OWNERSHIP |
|------|------------------------|---------------|
| EVELIO CRESPO TRAVERZO | NOT ISSUED | 45% |
| LILLIAN ALERS SOTO | NOT ISSUED | 45% |
| LIEVEL CRESPO ALERS | NOT ISSUED | 10% |

## LIST OF OFFICERS AND DIRECTORS

**NAME**

| | | |
|---|---|---|
| EVELIO CRESPO TRAVERZO | DIRECTOR | PRESIDENT<br>TREASURER |
| LILLIAN ALERS SOTO | | SECRETARY |

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:

Case No. _____

UNIVERSAL DOOR AND WINDOW MANUFACTURE IN _____
<sub>Debtor(s)</sub>

Chapter **11** _____

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **February 19, 2015** _____

Signature: _____

EVELIO CRESPO TRAVERZO, PRESIDENT/TREASURER

Debtor

Date: _____

Signature: _____

Joint Debtor, if any

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B 203
(12/94)

# United States Bankruptcy Court

_____ District Of  PUERTO RICO _____

In re  UNIVERSAL DOOR AND WINDOW MANUFACTURE INC.

Case No.  _____

**Debtor**

Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $175.00 per hour

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . $6,000.00

   Balance Due . . . . . . . . . . . . . . . . . . . .Upon Court Approval . . . . . . . . . . . . $175.00 per hour

2. The source of the compensation paid to me was:

   ☒ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor          ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)**

   d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

| 02/19/2015 | |
|---|---|
| Date | Signature of Attorney |
| | WINSTON VIDAL GAMBARO |
| | WINSTON VIDAL LAW OFFICE |
| | Name of law firm |

B6 Summary (Official Form 6 - Summary) (12/14)

## United States Bankruptcy Court
## District of Puerto Rico

IN RE:                                                                Case No. _____

**UNIVERSAL DOOR AND WINDOW MANUFACTURE INC.**              Chapter **11**
        Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $  1,490,000.00 | | |
| B - Personal Property | Yes | 3 | $  53,500.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $  2,022,545.44 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $  98,292.05 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $  747,805.21 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 17 | $  1,543,500.00 | $  2,868,642.70 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE UNIVERSAL DOOR AND WINDOW MANUFACTURE INC.                    Case No. _____
_____                                    _____
              Debtor(s)                                                            (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| PROPERTY NO. 13,776 - LOT OF 686.37 SQUARE METERS, BO. GUATEMALA, SAN SEBASTIAN, PR. CADASTER #000-006-30-001 | Fee Simple | | 90,000.00 | 1,104,841.29 |
| PROPERTY NO. 25,693 - LOT OF 14,863.727 SQUARE METERS (3.7817CUERDAS), SOLAR 2-2-1, WITH COMMERCIAL BUILDING, AT INDUSTRIAL AREA GUATEMALA, SAN SEBASTIAN, PR. CADASTER #100-000-006-74-000 | Fee Simple | | 1,200,000.00 | 1,127,072.80 |
| PROPERTY NO. 4,428 - LOT OF 5,215.69 SQUARE METERS (1.3271 CUERDAS), AT INDUSTRIAL AREA GUATEMALA SAN SEBASTIAN PR. CADASTER #100-000-006-66-001 | Fee Simple | | 200,000.00 | 1,104,841.29 |

TOTAL   1,490,000.00

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE UNIVERSAL DOOR AND WINDOW MANUFACTURE INC.                                    Case No. _____
                                    Debtor(s)                                                                                     (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s), 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE UNIVERSAL DOOR AND WINDOW MANUFACTURE INC.                          Case No. _____
                                    Debtor(s)                                                        (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | TRADE ACCOUNTS RECEIVABLE | | 10,000.00 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | FILE CABINETS, FURNITURE AND COMPUTERS | | 1,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 3 CRANES 5 TONS, $8,000 EACH | | 24,000.00 |
| 30. Inventory. | | TEMPLATE GLASS, CLEAR AND BRONZE | | 18,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE UNIVERSAL DOOR AND WINDOW MANUFACTURE INC.                    Case No. _____
_____                                        _____
                    Debtor(s)                                                       (if known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 53,500.00 |

_____ 0 continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/13)

IN RE UNIVERSAL DOOR AND WINDOW MANUFACTURE INC.      Case No. _____
_____
                                 Debtor(s)                                        (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

* Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE UNIVERSAL DOOR AND WINDOW MANUFACTURE IN C.                    Case No. _____
_____
                Debtor(s)                                                                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **BANCO POPULAR DE PR** **P.O. BOX 362708** **SAN JUAN, PR  00936-2708** | X | | **LOANS**  **ACCT #2006588-8801** **PRINCIPAL - $34,480.53** **INTERESTS - $7,394.65** | | | | 955,430.68 | |
| ACCOUNT NO. | | | **LOAN #2006588-2001** **PRINCIPAL - $683,908.16** **INTERESTS - $198,452.09**  **LOAN #2006588-9014** **PRINCIPAL - $31,195.25** | | | | | |
| ACCOUNT NO. | | | **COLLATERAL: LOT OF 14,863.727 SQUARE METERS WITH COMMERCIAL BUILDING AT INDUSTRIAL AREA GUATEMALA, SAN SEBASTIAN; LOT OF 5,216.69 SQUARE METERS AT INDUSTRIAL AREA GUATEMALA, SAN SEBASTIAN; LOT OF 686.37** | | | | | |
| ACCOUNT NO. | | | **SEBASTIAN.**   VALUE $  **1,618,358.00** | | | | | |

|  |  |  |
|---|---|---|
| Subtotal (Total of this page) | $ 955,430.68 | $ |
| Total (Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

**1** continuation sheets attached.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE UNIVERSAL DOOR AND WINDOW MANUFACTURE INC.                 Case No. _____
                          Debtor(s)                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> COFECC <br> CORP PARA EL FINANCIAMIENTO EMPRESARIAL <br> P.O. BOX 191791 <br> SAN JUAN, PR  00919-1791 | | | **PRINCIPAL - $769,908.54** <br> **INTERESTS - $165,472.64** <br><br> VALUE $ **662,927.20** | | | | 895,472.64 | 272,453.98 |
| ACCOUNT NO. 66-0515741 <br> CRIM <br> P.O. BOX 195387 <br> SAN JUAN, PR  00919-5387 | | | REAL PROPERTY TAXES <br><br> CADASTER #100-000-006-74-000 <br> FROM 2006 TO 2014 <br> PRINCIPAL - $102,047.10 <br> INTERESTS - $40,912.08 <br> COLLATERAL: FINCA NO. 25,693 | | | | 149,410.61 | |
| ACCOUNT NO. | | | CADASTER #100-000-006-30-001 <br> FROM 2010 TO 2014 <br> PRINCIPAL - $4,035.52 <br> INTERESTS - $429.25 <br> COLLATERAL: FINCA NO. 13,776 | | | | | |
| ACCOUNT NO. | | | FROM 2009 TO 2014 <br> PRINCIPAL - $1,743.39 <br> INTERESTS - $243.27 <br> COLLATERAL: FINCA NO. 4,428 <br><br> VALUE $  **1,790,000.00** | | | | | |
| ACCOUNT NO. 66-0515741 <br> PR DEPT OF TREASURY <br> BANKRUPTCY DIVISION - OFFICE 424-B <br> P.O. BOX 924140 <br> SAN JUAN, PR  00902-4140 | | | **SPECIAL CONTRIBUTION REAL PROPERTY YEARS 2010 AND 2011 CADASTER #100-000-006-74-000 PRINCIPAL - $15,519.76 INTERESTS - $6,711.75** | | | | 22,231.51 | |
| ACCOUNT NO. | | | **COLLATERAL:  REAL ESTATE** <br><br> VALUE $  **1,640,590.00** | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | $ **1,067,114.76** | $ **272,453.98** |
|---|---|---|---|
| | Total (Use only on last page) | $ **2,022,545.44** | $ **272,453.98** |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/13)

IN RE UNIVERSAL DOOR AND WINDOW MANUFACTURE INC.  Case No. _____
                          Debtor(s)                                                (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

____1____ continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE UNIVERSAL DOOR AND WINDOW MANUFACTURE INC     Case No. _____
        Debtor(s)                         (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **66-0515741** <br> **INTERNAL REVENUE SERVICE** <br> **P.O. BOX 7346** <br> **PHILADELPHIA, PA 19101-7346** | | | **FICA EMPLOYEE WITHHELD FOR YEAR 2010** | | | | 33,941.88 | 33,941.88 | |
| ACCOUNT NO. **66-0515741** <br> **PR DEPT OF TREASURY** <br> **BANKRUPTCY DIVISION - OFFICE 424-B** <br> **P.O. BOX 924140** <br> **SAN JUAN, PR 00902-4140** | | | **EMPLOYEE WITHHELD INCOME TAX YEARS 2009 AND 2010** <br> **PRINCIPAL - $43,334.95** <br> **INTERESTS - 21,015.22** | | | | 64,350.17 | 64,350.17 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page)    $ **98,292.05**   $ **98,292.05**   $

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $ **98,292.05**

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $ **98,292.05**   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE UNDERLINE UNIVERSAL DOOR AND WINDOW MANUFACTURE INC.        Case No. _____
                      Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 66-0515741<br>ADMINISTRACION DE SEGURIDAD Y SALUD OCUP PR DEPARTMENT OF LABOR - MAYAGUEZ AREA VILLA CAPITAN II, 828 AVE HOSTOS STE 304 MAYAGUEZ, PR 00682-1537 | | | PENALTIES INSPECTION NO. 311393987 YEAR 2011 | | | | 500.00 |
| ACCOUNT NO.<br>AFLAC<br>GM BUILDING ESMERALDA AVE 450-E GUAYNABO, PR 00969 | | | INVOICES 366494, 786605 AND 222833 | | | | 1,213.42 |
| ACCOUNT NO.<br>ALL TOOLS, INC.<br>P.O. BOX 191784<br>SAN JUAN, PR 00919-1784 | | | INVOICE #114026359 | | | | 1,091.40 |
| ACCOUNT NO.<br>ASOCIACION DE INDUSTRIALES DE PR CENTRO INT DE MERCADEO TORRE II OFIC 702 GUAYNABO, PR 00968 | | | INVOICES 99119214 AND 99121331 | | | | 1,200.00 |

   **5** continuation sheets attached

Subtotal
(Total of this page) | $ 4,004.82

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $

B6F (Official Form 6F) (12/07) - Cont.

IN RE UNDERLINE{UNIVERSAL DOOR AND WINDOW MANUFACTURE INC.}                    Case No. _____
                                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ASOCIACION DE PRODUCTOS DE PR<br>P.O. BOX 363631<br>SAN JUAN, PR  00936-3631 | | | INVOICE 2824 | | | | 300.00 |
| ACCOUNT NO.<br>BANCO POPULAR DE PR<br>P.O. BOX 362708<br>SAN JUAN, PR  00936-2708 | X | | ACCRUED INTEREST LOANS<br>ACCT #2006588-0006 - $8,674.30<br>ACCT #2006588-9012 - $271.61<br>ACCT #2006588-9013 - $3,413.63 | | | | 12,359.54 |
| ACCOUNT NO.<br>C.R. LAURENCE COMPANY<br>P.O. BOX 58923<br>LOS ANGELES, CA  90058-0923 | | | INVOICE 5700974 | | | | 1,553.98 |
| ACCOUNT NO.<br>COMPAÑIA DE FOMENTO INDUSTRIAL DE PR<br>P.O. BOX 362350<br>SAN JUAN, PR  00936-2350 | | | | | | | 78,699.46 |
| ACCOUNT NO.<br>CPA MILTON ORTIZ<br>BOX 2461<br>MOCA, PR  00676 | | | ACCOUNTING SERVICES YEAR 2010 | | | | 7,920.00 |
| ACCOUNT NO. 66-0515741<br>CRIM<br>P.O. BOX 195387<br>SAN JUAN, PR  00919-5387 | | | SURCHARGES REAL PROPERTY TAXES<br>CADASTER #100-000-006-74-000 $10,204.75<br>CADASTER #100-000-006-30-001 $277.42<br>CADASTER #100-000-006-66-001 $118.87 | | | | 10,601.04 |
| ACCOUNT NO.<br>DE LAGE LANDEN FINANCIAL<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA  19087-1453 | | | INVOICES 3512985, 3973194, 4177559, 4589637, 4892685, 5095526 | | | | 761.13 |

Sheet no. __1__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $  112,195.15

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE UNIVERSAL DOOR AND WINDOW MANUFACTURE INC.                          Case No. _____
                        Debtor(s)                                                        (If known)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>IMPRESORA AGUADEÑA<br>URB. MOROPO 300 SAN FRANCISCO STREET<br>AGUADA, PR 00602 | | | INVOICE 090310 | | | | 535.00 |
| ACCOUNT NO. 66-0515741<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | | | FICA EMPLOYER PORTION FOR YEAR 2010 | | | | 36,843.42 |
| ACCOUNT NO.<br>JJF NIEVES ACCOUNTING & TAX<br>P.O. BOX 1570<br>SAN SEBASTIAN, PR 00685 | | | ACCOUNTING SERVICES<br>INVOICES UNI52 TO UNI56 | | | | 1,750.00 |
| ACCOUNT NO.<br>JL HARDWARE PRODUCTS<br>ROAD 831 KM 4.5 BO. MINILLAS<br>BAYAMON, PR 00956 | | | INVOICES 2159 AND 2758 | | | | 1,165.08 |
| ACCOUNT NO.<br>LA CASA DE LOS TORNILLOS<br>P.O. BOX 365047<br>SAN JUAN, PR 00936-5047 | | | INVOICE 1-184819 | | | | 449.40 |
| ACCOUNT NO.<br>M.M. SUPPLY INC.<br>P.O. BOX 548<br>DUMCAN, OK 73534 | | | INVOICES 69158, 69090 AND 69459 | | | | 1,396.48 |
| ACCOUNT NO.<br>MET-PRO, INC.<br>2045 JAIME RODRIGUEZ STREET<br>MAYAGUEZ, PR 00682-1364 | | | INVOICE 7121 | | | | 360.00 |

Sheet no. __2__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ 42,499.38

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE UNIVERSAL DOOR AND WINDOW MANUFACTURE INC.                           Case No. _____
_____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **66-0515741**<br><br>**MUNICIPALITY OF CAGUAS**<br>**P.O. BOX 7889**<br>**CAGUAS, PR  00726-7889** | | | NOTICE ONLY | | | | **0.00** |
| ACCOUNT NO. **66-0515741**<br><br>**MUNICIPALITY OF SAN SEBASTIAN**<br>**P.O. BOX 1603**<br>**SAN SEBASTIAN, PR  00685** | | | NOTICE ONLY | | | | **0.00** |
| ACCOUNT NO.<br><br>**NORTH WEST TRUCKING ASSOCIATION**<br>**ROAD 464, KM 1.5 BO. ACEITUNAS**<br>**MOCA, PR  00676** | | | INVOICE 7876 | | | | **300.00** |
| ACCOUNT NO.<br><br>**PERFILES DE ALUMINIO, INC.**<br>**P.O. BOX 1622**<br>**CANOVANAS, PR  00729-1622** | | | | | | | **435,500.00** |
| ACCOUNT NO. **66-0515741**<br><br>**PR DEPARTMENT OF LABOR**<br>**505 AVE MUÑOZ RIVERA 12TH FLOOR**<br>**SAN JUAN, PR  00918** | | | EMPLOYEE CLAIMS<br><br>MISAEL RODRIGUEZ MARQUEZ<br>CASE #AC-13-409  $7,347.06<br><br>JOSE MENDEZ HERNANDEZ<br>CASE #A3-D4-DP-51-10  $11,463.06<br><br>ROBERTO LORENZO HERNANDEZ | | | | **22,532.16** |
| ACCOUNT NO. | | | JULIER LOPEZ SANTIAGO<br>CASE #A3-D4-DP-15-10  $3,722.04 | | | | |
| ACCOUNT NO. **66-0515741**<br><br>**PR DEPARTMENT OF LABOR**<br>**505 AVE MUÑOZ RIVERA 12TH FLOOR**<br>**SAN JUAN, PR  00918** | | | STATE UNEMPLOYMENT AND DISSABILITY TAX YEAR 2010 | | | | **13,724.06** |

Sheet no. ___3___ of ___5___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $  **472,056.22**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE UNIVERSAL DOOR AND WINDOW MANUFACTURE INC.

Case No. _____

Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 66-0515741<br>PR DEPT OF TREASURY<br>BANKRUPTCY DIVISION - OFFICE 424-B<br>P.O. BOX 924140<br>SAN JUAN, PR  00902-4140 | | | PENALTIES AND SURCHARGES EMPLOYEE WITHHELD INCOME TAX YEARS 2009 AND 2010 | | | | 17,496.41 |
| ACCOUNT NO.<br>PR TELEPHONE CO. (CLARO)<br>P.O. BOX 70239<br>SAN JUAN, PR  00936-8238 | | | TELEPHONE YEAR 2010 | | | | 3,360.92 |
| ACCOUNT NO.<br>REMACHES DE PR<br>P.O. BOX 1144<br>CANOVANAS, PR  00729 | | | INVOICE 46649 | | | | 440.75 |
| ACCOUNT NO.<br>ROYAL GLASS IMPERIAL<br>4745 ISLA VERDE AVE. CM-1<br>CAROLINA, PR  00979-5424 | | | INVOICES 6327, 6330, 6331 | | | | 38,768.88 |
| ACCOUNT NO.<br>SONFAST CARIBE INC.<br>ROYAL INDUSTRIAL PARK ROAD 869<br>CATAÑO, PR  00962 | | | INVOICES 47295, 47305 AND 47569 | | | | 3,304.00 |
| ACCOUNT NO. 66-0515741<br>STATE INSURANCE FUND<br>C/O WALLY DE LA ROSA VIDAL, ESQ.<br>P.O. BOX 365028<br>SAN JUAN, PR  00936-5028 | | | WORKMEN COMPENSATION POLICY FOR YEAR 2009 | | | | 24,194.21 |
| ACCOUNT NO.<br>ULINE<br>12575 ULINE DRIVE<br>PLEASANT PRAIRIE, WI  53158 | | | INVOICES 30613182 AND 35198767 | | | | 169.82 |

Sheet no. __4__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $  87,734.99

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2013 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE UNIVERSAL DOOR AND WINDOW MANUFACTURE INC.                                Case No. _____
                                      Debtor(s)                                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1602931<br>UNIVERSAL INSURANCE CO.<br>P.O. BOX 71338<br>SAN JUAN, PR  00936-8438 | | | BOND PAYMENT FOR AUTORIDAD ENERGIA ELECTRICA<br>BOND NO. 100003512 | | | | 19,526.60 |
| ACCOUNT NO.<br>VASA VIDRIERA ARGENTIN<br>AVE ANTARTIDA ARGENTINA<br>LLAVALLOL BUENOS AIRES, AG  B1836AON | | | INVOICES<br>0009-00021181<br>0009-00021083 | | | | 9,692.09 |
| ACCOUNT NO.<br>ZEE MEDICAL SERVICES<br>22 CORPORATE PARK<br>IRVINE, CA  92606 | | | INVOICE 1847493 | | | | 95.96 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __5__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 29,314.65

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 747,805.21

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE UNIVERSAL DOOR AND WINDOW MANUFACTURE INC.                    Case No. _____
_____
Debtor(s)                                                                                (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **MIB ENTERPRISES CORP.**<br>**ROAD 111 KM 16.2**<br>**SAN SEBASTIAN, PR 00685** | **DEVELOPMENT AND OPERATING AGREEMENT FOR COMMERCIAL PROPERTIES.** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE <u>UNIVERSAL DOOR AND WINDOW MANUFACTURE IN C.</u>          Case No. _____

                        Debtor(s)                                     (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **ANGEL C. SERRANO CRUZ** | **BANCO POPULAR DE PR<br>P.O. BOX 362708<br>SAN JUAN, PR  00936-2708**<br><br>**BANCO POPULAR DE PR<br>P.O. BOX 362708<br>SAN JUAN, PR  00936-2708** |
| **EVELIO CRESPO<br>HC-7 BUZON 75162<br>SAN SEBASTIAN, PR  00685** | **BANCO POPULAR DE PR<br>P.O. BOX 362708<br>SAN JUAN, PR  00936-2708**<br><br>**BANCO POPULAR DE PR<br>P.O. BOX 362708<br>SAN JUAN, PR  00936-2708** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE <u>UNIVERSAL DOOR AND WINDOW MANUFACTURE INC.</u>                                    Case No. _____

Debtor(s)                                                                                                                              (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____          Signature: _____

Debtor

Date: _____          Signature: _____

(Joint Debtor, if any)

[If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____                    _____
Signature of Bankruptcy Petition Preparer                                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the <u>PRESIDENT/TREASURER</u> _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the <u>UNIVERSAL DOOR AND WINDOW MANUFACTURE IN</u> (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**18**_____ sheets *(total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date: <u>February 19, 2015</u>          Signature: _____

**EVELIO CRESPO TRAVERZO**

(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only