IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE OF:<br><br>UNIVERSAL DOOR AND WINDOW<br><br>MANUFACTURE, INC.<br><br>　　　　DEBTOR(S) | CASE NO.  15-01120(ESL)<br><br>CHAPTER 11 |

## MOTION FILING AMENDED SUMMARY OF SCHEDULES, AMENDED SCHEDULES A,  B,  D, F, G, H  AND AMENDED STATEMENT OF FINANCIAL AFFAIRS

TO THE HONORABLE COURT:

COMES NOW Debtor though its undersigned counsel and very respectfully states and prays:

1.　On February 19th, 2015, Debtor filed their Summary of Schedules, Schedules and Statement of Financial Affairs, Dockets # 1 and 4.

2.　Debtor is now filing an Amended Summary of Schedules; Amended Schedule A to increase a value of real property based on improvements made; Amended Schedule B to delete accounts receivable; Amended Schedule D to list each loan number separately from Banco Popular, identifying collateral for each loan, as well as debt  to CRIM; Amended Schedule F to provide date claims were incurred and consideration; Amended Schedule G to add leases at Mall; Amended Schedule H to provide address for co-debtor Angel G. Serrano Cruz and add Lillian Alers Soto as co-debtor.

1

3.    Amended Statement of financial Affairs, Item 1 to provide income information; Item 9 to list retainer to counsel for debtor as disclosed in 2016 statement; Item 19 dates during which Monge Robertín & Asociados rendered services; Item 21 to indicate title of officers and directors.

4.    <u>The amendments are underlined.</u>

# NOTICE

Within fourteen (14) days after service as evidence by the certification, and an additional three (3) days pursuant to Federal Rule of Bankruptcy procedure 9006(f), if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the required relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

WHEREFORE, Debtor respectfully requests form the Honorable Court to take notice of the above.

RESPECTFULLY SUBMITTED:

In San Juan, Puerto Rico, this 26th, day of April, 2015.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY: That on this same date I electronically filed the foregoing Motion with the Clerk of the Court using CM/ECF System which will send Notice of such filing to U.S. Trustee, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan,

Puerto Rico 00901-1922; and all creditors and parties in interest as per attached
Matrix.

S/ Winston Vidal-Gambaro
WINSTON  VIDAL  GÁMBARO
USDC-PR  130401
P. O.  Box  193673
San Juan,  P R    00919-3673
Tel. (787)  751-2864
Fax (787) 763-6114
e-mail wvidal@prtc.net
        wvidal.law@gmail.com

Label Matrix for local noticing
0104-3
Case 15-01120-ESL11
District of Puerto Rico
Old San Juan
Sun Apr 26 23:53:12 AST 2015

Banco Popular PR - Special Loans
PO BOX 362708
SAN JUAN, PR 00936-2708

MONGE ROBERTIN & ASOCIADOS, INC., INSOLVENCY
97 ACOSTA STREET
CAGUAS, PR 00725-4103

UNIVERSAL DOOR AND WINDOW MANUFACTURE INC
HC 2 BOX 24892
SAN SEBASTIAN, PR 00685-9316

US TRUSTEE
EDIFICIO OCHOA
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901-1922

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

ADMINISTRACION DE SEGURIDAD Y SALUD OCUP
PR DEPARTMENT OF LABOR - MAYAGUEZ AREA
VILLA CAPITAN II, 828 AVE HOSTOS STE 304
MAYAGUEZ, PR 00682-1537

AFLAC
GM BUILDING ESMERALDA AVE 450-E
GUAYNABO, PR 00969

ALL TOOLS, INC.
P.O. BOX 191784
SAN JUAN, PR 00919-1784

ASOCIACION DE INDUSTRIALES DE PR
CENTRO INT DE MERCADEO TORRE II OFIC 702
GUAYNABO, PR 00968

ASOCIACION DE PRODUCTOS DE PR
P.O. BOX 363631
SAN JUAN, PR 00936-3631

BANCO POPULAR DE PR
P.O. BOX 362708
SAN JUAN, PR 00936-2708

C.R. LAURENCE COMPANY
P.O. BOX 58923
LOS ANGELES, CA 90058-0923

COPECC
CORP PARA EL FINANCIAMIENTO EMPRESARIAL
P.O. BOX 191791
SAN JUAN, PR 00919-1791

COMPAIA DE FOMENTO INDUSTRIAL DE PR
P.O. BOX 362350
SAN JUAN, PR 00936-2350

CPA MILTON ORTIZ
BOX 2461
MOCA, PR 00676-2461

CRIM
P.O. BOX 195387
SAN JUAN, PR 00919-5387

DE LAGE LANDEN FINANCIAL
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087-1453

IMPRESORA AGUADEA
URB. MOROPO 300 SAN FRANCISCO STREET
AGUADA, PR 00602

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

JJF NIEVES ACCOUNTING & TAX
P.O. BOX 1570
SAN SEBASTIAN, PR 00685-1570

JL HARDWARE PRODUCTS
ROAD 831 KM 4.5 BO. MINILLAS
BAYAMON, PR 00956

LA CASA DE LOS TORNILLOS
P.O. BOX 365047
SAN JUAN, PR 00936-5047

M.M. SUPPLY INC.
P.O. BOX 548
DUMCAN, OK 73534-0548

MET-PRO, INC.
2045 JAIME RODRIGUEZ STREET
MAYAGUEZ, PR 00682-1364

MIB ENTERPRISES CORP.
ROAD 111 KM 16.2
SAN SEBASTIAN, PR 00685

MUNICIPALITY OF CAGUAS
P.O. BOX 7889
CAGUAS, PR 00726-7889

MUNICIPALITY OF SAN SEBASTIAN
P.O. BOX 1603
SAN SEBASTIAN, PR 00685-1603

NORTH WEST TRUCKING ASSOCIATION
ROAD 464, KM 1.5 BO. ACEITUNAS
MOCA, PR 00676

PERFILES DE ALUMINIO, INC.
P.O. BOX 1622
CANOVANAS, PR 00729-1622

PR DEPARTMENT OF LABOR
505 AVE MUOZ RIVERA 12TH FLOOR
SAN JUAN, PR 00918-3352

PR DEPT OF TREASURY
BANKRUPTCY DIVISION - OFFICE 424-B
P.O. BOX 924140
SAN JUAN, PR  00902-4140

PR TELEPHONE CO. (CLARO)
P.O. BOX 70239
SAN JUAN, PR 00936-8239

REMACHES DE PR
P.O. BOX 1144
CANOVANAS, PR 00729-1144

ROYAL GLASS IMPERIAL
4745 ISLA VERDE AVE. CM-1
CAROLINA, PR 00979-5437

SONFAST CARIBE INC.
ROYAL INDUSTRIAL PARK ROAD 869
CATAO, PR  00962

STATE INSURANCE FUND
C/O WALLY DE LA ROSA VIDAL, ESQ.
P.O. BOX 365028
SAN JUAN, PR  00936-5028

ULINE
12575 ULINE DRIVE
PLEASANT PRAIRIE, WI 53158-3686

UNIVERSAL INSURANCE CO.
P.O. BOX 71338
SAN JUAN, PR  00936-8438

VASA VIDRIERA ARGENTIN
AVE ANTARTIDA ARGENTINA
LLAVALLOL BUENOS AIRES, AG  B1836AON

ZEE MEDICAL SERVICES
22 CORPORATE PARK
IRVINE, CA 92606-3112

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901

WINSTON VIDAL-GAMBARO
WINSTON VIDAL LAW OFFICE
PO  BOX 193673
SAN JUAN, PR 00919-3673

End of Label Matrix
Mailable recipients     42
Bypassed recipients      0
Total                   42

B6 Summary (Official Form 6 - Summary) (12/14)

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                     Case No. __15-01120 (ESL)__

__UNIVERSAL DOOR AND WINDOW MANUFACTURE IN__                               Chapter __11__
                                Debtor(s)

## AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes
provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to
determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file
a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 1,790,000.00 | | |
| B - Personal Property | Yes | 3 | $ 43,500.00 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $ 1,790,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | | | $ 98,292.05 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $ 1,022,676.62 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 16 | $ 1,833,500.00 | $ 2,910,968.67 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE <u>UNIVERSAL DOOR AND WINDOW MANUFACTURE IN</u>                    Case No. <u>15-01120 (ESL)</u>
Debtor(s)                                                                                                    (If known)

## AMENDED SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **PROPERTY NO. 13,776 - LOT OF 686.37 SQUARE METERS, BO. GUATEMALA, SAN SEBASTIAN, PR. CADASTER #000-006-30-001** | Fee Simple | | 90,000.00 | 1,116,504.95 |
| **PROPERTY NO. 25,693 - LOT OF 14,863.727 SQUARE METERS (3.7817CUERDAS), SOLAR 2-2-1, WITH COMMERCIAL BUILDING, AT INDUSTRIAL AREA GUATEMALA, SAN SEBASTIN, PR. CADASTER #100-000-006-74-000** | Fee Simple | | 1,500,000.00 | 1,783,548.57 |
| **PROPERTY NO. 4,428 - LOT OF 5,215.69 SQUARE METERS (1.3271 CUERDAS), AT INDUSTRIAL AREA GUATEMALA SAN SEBASTIAN PR. CADASTER #100-000-006-66-001** | Fee Simple | | 200,000.00 | 971,067.66 |
| | | TOTAL | 1,790,000.00 | |

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE <u>UNIVERSAL DOOR AND WINDOW MANUFACTURE IN</u>                    Case No. <u>15-01120 (ESL)</u>
Debtor(s)                                                                      (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE UNIVERSAL DOOR AND WINDOW MANUFACTURE IN _____  Case No. **15-01120 (ESL)**
                                    Debtor(s)                                            (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | FILE CABINETS, FURNITURE AND COMPUTERS | | 1,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 3 CRANES 5 TONS, $8,000 EACH | | 24,000.00 |
| 30. Inventory. | | TEMPLATE GLASS, CLEAR AND BRONZE | | 18,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

© 1993-2013 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE <u>UNIVERSAL DOOR AND WINDOW MANUFACTURE IN</u>                    Case No. <u>15-01120 (ESL)</u>
                              Debtor(s)                                                                            (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **43,500.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

       <u>0</u> continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE UNIVERSAL DOOR AND WINDOW MANUFACTURE IN _____     Case No. 15-01120 (ESL)
                                            Debtor/s                                                   (If known)

## AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2006588-2001<br><br>**BANCO POPULAR DE PR-SPECIAL LOANS**<br>P.O. BOX 362708<br>SAN JUAN, PR  00936-2708 | X | | **COMMERCIAL LOAN ORIGINATED APRIL 30, 2004**<br>**PRINCIPAL - $683,908.16**<br>**INTERESTS - $198,452.09** | | | | 882,360.25 | |
| ACCOUNT NO. | | | **COLLATERAL: PROPERTIES 13,776, 25,693, AND 4,428**<br><br><br>VALUE $   1,618,357.88 | | | | | |
| ACCOUNT NO. 2006588-8801<br><br>**BANCO POPULAR DE PR-SPECIAL LOANS**<br>P.O. BOX 362708<br>SAN JUAN, PR  00936-2708 | X | | **COMMERCIAL FLEXI-ACCOUNT ORIGINATED JUNE 6, 1996**<br>**PRINCIPAL - $34,480.53**<br>**INTERESTS - $7,394.65** | | | | 41,875.18 | |
| ACCOUNT NO. | | | **COLLATERAL: PROPERTIES 13,776, 25,693, AND 4,428**<br><br><br>VALUE $   1,618,357.88 | | | | | |

        **2** continuation sheets attached

Subtotal
(Total of this page) $ 924,235.43   $

Total
(Use only on last page) $   $

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE UNIVERSAL DOOR AND WINDOW MANUFACTURE IN                     Case No. 15-01120 (ESL)
_____
                    Debtor(s)                                              (If known)

## AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2006588-9014**<br>**BANCO POPULAR DE PR-SPECIAL LOANS**<br>**P.O. BOX 362708**<br>**SAN JUAN, PR 00936-2708** | X | | COMMERCIAL LOAN ORIGINATED NOVEMBER 8, 2007<br>PRINCIPAL - $31,195.25<br>INTEREST - $13,650.32<br>COLLATERAL: PROPERTIES 13,776, 25,693, AND 4,428<br><br>VALUE $ **1,618,357.88** | | | | **44,845.57** | |
| ACCOUNT NO.<br>COFECC<br>CORP PARA EL FINANCIAMIENTO EMPRESARIAL<br>P.O. BOX 191791<br>SAN JUAN, PR 00919-1791 | | | COMMERCIAL LOAN<br>PRINCIPAL - $649,276.88<br>ORIGINATED ON APRIL 2004<br>COLLATERAL: PROPERTY 25,693<br><br>VALUE $ **649,276.88** | | | | **649,276.88** | |
| ACCOUNT NO. **100-000-006-74-000**<br>CRIM<br>P.O. BOX 195387<br>SAN JUAN, PR 00919-5387 | | | **REAL PROPERTY TAXES**<br>**FROM 2006 TO 2014**<br>**PRINCIPAL - $102,047.10**<br>**INTERESTS - $40,912.08**<br>**COLLATERAL: PROPERTY NO. 25,693** | | | | **142,959.18** | |
| ACCOUNT NO. | | | <br>VALUE $ **1,500,000.00** | | | | | |
| ACCOUNT NO. **100-000-006-30-001**<br>CRIM<br>P.O. BOX 195387<br>SAN JUAN, PR 00919-5387 | | | **REAL PROPERTY TAXES**<br>**FROM 2010 TO 2014**<br>**PRINCIPAL - $4,035.52**<br>**INTERESTS - $429.25**<br>**COLLATERAL: PROPERTY NO. 13,776** | | | | **4,464.77** | |
| ACCOUNT NO. | | | <br>VALUE $ **90,000.00** | | | | | |

Sheet no. ___**1** of ___**2** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | | |
|---|---|---|
| Subtotal<br>(Total of this page) | $ **841,546.40** | $ |
| Total<br>(Use only on last page) | $ | $ |

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE UNIVERSAL DOOR AND WINDOW MANUFACTURE IN _____   Case No. 15-01120 (ESL)
_____
Debtor(s)                                                                (If known)

## AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **100-000-006-66-001** <br><br>**CRIM** <br>**P.O. BOX 195387** <br>**SAN JUAN, PR  00919-5387** | | | **CADASTER #100-000-006-66-001** <br>**REAL PROPERTY TAXES** <br>**FROM 2009 TO 2014** <br>**PRINCIPAL - $1,743.39** | | | | **1,986.66** | |
| ACCOUNT NO. | | | **INTERESTS - $243.27** <br>**COLLATERAL: PROPERTY NO. 4,428** <br><br><br>VALUE $  **1,986.66** | | | | | |
| ACCOUNT NO. **66-0515741** <br><br>**PR DEPT OF TREASURY** <br>**BANKRUPTCY DIVISION - OFFICE 424-B** <br>**P.O. BOX 924140** <br>**SAN JUAN, PR  00902-4140** | | | **SPECIAL CONTRIBUTION REAL** <br>**PROPERTY YEARS 2010 AND 2011** <br>**CADASTER #100-000-006-74-000** <br>**PRINCIPAL - $15,519.76** <br>**INTERESTS - $6,711.75** | | | | **22,231.51** | |
| ACCOUNT NO. | | | **COLLATERAL:  PROPERTY 25,693** <br><br><br>VALUE $  **1,357,040.82** | | | | | |
| ACCOUNT NO. | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br>VALUE $ | | | | | |

Sheet no. **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)   $  **24,218.17**   $

Total
(Use only on last page)   $  **1,790,000.00**   $

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE UNIVERSAL DOOR AND WINDOW MANUFACTURE IN _____    Case No. **15-01120 (ESL)**
                                    Debtor(s)                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 66-0515741 **ADMINISTRACION DE SEGURIDAD Y SALUD OCUP PR DEPARTMENT OF LABOR - MAYAGUEZ AREA VILLA CAPITAN II, 828 AVE HOSTOS STE 304 MAYAGUEZ, PR 00682-1537** | | | PENALTIES INSPECTION NO. 311393987 FROM YEAR 2011 | | | | 500.00 |
| ACCOUNT NO. **AFLAC GM BUILDING ESMERALDA AVE 450-E GUAYNABO, PR 00969** | | | INVOICES 366494, 786605 AND 222833 <u>FROM YEAR 2010</u> | | | | 1,213.42 |
| ACCOUNT NO. **ASOCIACION DE INDUSTRIALES DE PR CENTRO INT DE MERCADEO TORRE II OFIC 702 GUAYNABO, PR 00968** | | | INVOICES 99119214 AND 99121331 <u>UP TO YEAR 2010</u> | | | | 1,200.00 |
| ACCOUNT NO. **ASOCIACION DE PRODUCTOS DE PR P.O. BOX 363631 SAN JUAN, PR 00936-3631** | | | INVOICE 2824 <u>FROM YEAR 2010</u> | | | | 300.00 |

<u>5</u> continuation sheets attached

| | |
|---|---|
| Subtotal (Total of this page) | $ 3,213.42 |
| Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE UNIVERSAL DOOR AND WINDOW MANUFACTURE IN                    Case No. 15-01120 (ESL)
_____                              _____
              Debtor(s)                                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **BANCO POPULAR DE PR-SPECIAL LOANS** P.O. BOX 362708 SAN JUAN, PR 00936-2708 | X | | ACCRUED INTEREST LOANS UP TO AUG 11, 2014 ACCT #2006588-0006 - $8,674.30 ACCT #2006588-9012 - $271.61 ACCT #2006588-9013 - $3,413.63 | | | | 12,359.54 |
| ACCOUNT NO. **C.R. LAURENCE COMPANY** P.O. BOX 58923 LOS ANGELES, CA 90058-0923 | | | INVOICE 5700974 FROM YEAR 2010 | | | | 1,553.98 |
| ACCOUNT NO. **COFECC** **CORP PARA EL FINANCIAMIENTO EMPRESARIAL** MUNOZ RIVERA AVENUE 1127 SAN JUAN, PR 00000 | | | UNSECURED PORTION OF SECURED LOAN ORIGINATED ON APRIL 2004 | | | | 286,104.30 |
| ACCOUNT NO. **COMPAÑIA DE FOMENTO INDUSTRIAL DE PR** P.O. BOX 362350 SAN JUAN, PR 00936-2350 | | | INVOICES FROM FEB 2009 TO MAR 2010 | | | | 78,699.46 |
| ACCOUNT NO. **CPA MILTON ORTIZ** BOX 2461 MOCA, PR 00676 | | | ACCOUNTING SERVICES FROM YEAR 2010 | | | | 7,920.00 |
| ACCOUNT NO. 66-0515741 **CRIM** P.O. BOX 195387 SAN JUAN, PR 00919-5387 | | | SURCHARGES REAL PROPERTY TAXES UP TO YEAR 2013 CADASTER #100-000-006-74-000 $10,204.75 CADASTER #100-000-006-30-001 $277.42 CADASTER #100-000-006-66-001 $118.87 | | | | 10,601.04 |
| ACCOUNT NO. **DE LAGE LANDEN FINANCIAL** 1111 OLD EAGLE SCHOOL ROAD WAYNE, PA 19087-1453 | | | INVOICES 3512985, 3973194, 4177559, 4589637, 4892685, 5095526 UP TO YEAR 2010 | | | | 761.13 |

Sheet no. ___1___ of ___5___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 397,999.45

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE UNIVERSAL DOOR AND WINDOW MANUFACTURE IN                          Case No. **15-01120 (ESL)**
_____                                    _____
                           Debtor(s)                                                      (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**IMPRESORA AGUADEÑA**<br>**URB. MOROPO 300 SAN FRANCISCO STREET**<br>**AGUADA, PR  00602** | | | INVOICE 090310 <u>FROM SEP 2010</u> | | | | 535.00 |
| ACCOUNT NO. **66-0515741**<br>**INTERNAL REVENUE SERVICE**<br>**P.O. BOX 7346**<br>**PHILADELPHIA, PA  19101-7346** | | | FICA EMPLOYER PORTION FROM YEAR 2010 | | | | 36,843.42 |
| ACCOUNT NO.<br>**JJF NIEVES ACCOUNTING & TAX**<br>**P.O. BOX 1570**<br>**SAN SEBASTIAN, PR  00685** | | | ACCOUNTING SERVICES<br>INVOICES UNI52 TO UNI56 <u>FROM YEAR 2010</u> | | | | 1,750.00 |
| ACCOUNT NO.<br>**JL HARDWARE PRODUCTS**<br>**ROAD 831 KM 4.5 BO. MINILLAS**<br>**BAYAMON, PR  00956** | | | INVOICES 2159 AND 2758<br><u>UP TO YEAR 2010</u> | | | | 1,165.08 |
| ACCOUNT NO.<br>**M.M. SUPPLY INC.**<br>**P.O. BOX 548**<br>**DUMCAN, OK  73534** | | | INVOICES 69158, 69090 AND 69459<br><u>UP TO YEAR 2010</u> | | | | 1,396.48 |
| ACCOUNT NO.<br>**MET-PRO, INC.**<br>**2045 JAIME RODRIGUEZ STREET**<br>**MAYAGUEZ, PR  00682-1364** | | | INVOICE 7121 <u>FROM YEAR 2010</u> | | | | 360.00 |
| ACCOUNT NO. **66-0515741**<br>**MUNICIPALITY OF CAGUAS**<br>**P.O. BOX 7889**<br>**CAGUAS, PR  00726-7889** | | | NOTICE ONLY | | | | 0.00 |

Sheet no. ____**2**__ of ____**5**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     $ **42,049.98**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)          $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE UNIVERSAL DOOR AND WINDOW MANUFACTURE IN _____   Case No. __15-01120 (ESL)__
                        Debtor(s)                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **66-0515741** <br> **MUNICIPALITY OF SAN SEBASTIAN** <br> **P.O. BOX 1603** <br> **SAN SEBASTIAN, PR  00685** | | | **NOTICE ONLY** | | | | 0.00 |
| ACCOUNT NO. <br> **NORTH WEST TRUCKING ASSOCIATION** <br> **ROAD 464, KM 1.5 BO. ACEITUNAS** <br> **MOCA, PR  00676** | | | **INVOICE 7876 FROM YEAR 2010** | | | | 300.00 |
| ACCOUNT NO. <br> **PERFILES DE ALUMINIO, INC.** <br> **P.O. BOX 1622** <br> **CANOVANAS, PR  00729-1622** | | | **UNSECURED PORTION OF SECURED LOAN FOR MATERIALS** <br> **ORIGINATED NOVEMBER 18, 2009** | | | | 435,500.00 |
| ACCOUNT NO. **66-0515741** <br> **PR DEPARTMENT OF LABOR** <br> **505 AVE MUÑOZ RIVERA 12TH FLOOR** <br> **SAN JUAN, PR  00918** | | | **EMPLOYEE CLAIMS FROM YEAR 2010-2011** <br> **MISAEL RODRIGUEZ MARQUEZ** <br> **CASE #AC-13-409  $7,347.06** <br> **JOSE MENDEZ HERNANDEZ** <br> **CASE #A3-D4-DP-51-10  $11,463.06** <br> **ROBERTO LORENZO HERNANDEZ** <br> **CASES #A3-D4-DP-110-10 AND #A3-D4-SL-138-10** | | | | 22,532.16 |
| ACCOUNT NO. | | | **JULIER LOPEZ SANTIAGO** <br> **CASE #A3-D4-DP-15-10  $3,722.04** | | | | |
| ACCOUNT NO. **66-0515741** <br> **PR DEPARTMENT OF LABOR** <br> **505 AVE MUÑOZ RIVERA 12TH FLOOR** <br> **SAN JUAN, PR  00918** | | | **STATE UNEMPLOYMENT AND DISSABILITY TAX FROM YEAR 2010** | | | | 13,724.06 |
| ACCOUNT NO. **66-0515741** <br> **PR DEPT OF TREASURY** <br> **BANKRUPTCY DIVISION - OFFICE 424-B** <br> **P.O. BOX 924140** <br> **SAN JUAN, PR  00902-4140** | | | **PENALTIES AND SURCHARGES EMPLOYEE WITHHELD INCOME TAX FROM YEARS 2009 AND 2010** | | | | 17,496.41 |

Sheet no. __3__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 489,552.63

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE UNIVERSAL DOOR AND WINDOW MANUFACTURE IN                    Case No. 15-01120 (ESL)
                              Debtor(s)                                        (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>PR TELEPHONE CO. (CLARO)<br>P.O. BOX 70239<br>SAN JUAN, PR  00936-8238 | | | TELEPHONE FROM YEAR 2010 | | | | 3,360.92 |
| ACCOUNT NO.<br>REMACHES DE PR<br>P.O. BOX 1144<br>CANOVANAS, PR  00729 | | | INVOICE 46649 FROM YEAR 2010 | | | | 440.75 |
| ACCOUNT NO.<br>ROYAL GLASS IMPERIAL<br>4745 ISLA VERDE AVE. CM-1<br>CAROLINA, PR  00979-5424 | | | INVOICES 6327, 6330, 6331 FROM YEARS 2008-2009 | | | | 38,768.88 |
| ACCOUNT NO.<br>SONFAST CARIBE INC.<br>ROYAL INDUSTRIAL PARK ROAD 869<br>CATAÑO, PR  00962 | | | INVOICES 47295, 47305 AND 47569 UP TO YEAR 2010 | | | | 3,304.00 |
| ACCOUNT NO. 66-0515741<br>STATE INSURANCE FUND<br>C/O WALLY DE LA ROSA VIDAL, ESQ.<br>P.O. BOX 365028<br>SAN JUAN, PR  00936-5028 | | | WORKMEN COMPENSATION POLICY FROM YEAR 2009 | | | | 24,194.21 |
| ACCOUNT NO.<br>ULINE<br>12575 ULINE DRIVE<br>PLEASANT PRAIRIE, WI  53158 | | | INVOICES 30613182 AND 35198767 FROM YEAR 2010 | | | | 169.82 |
| ACCOUNT NO. 1602931<br>UNIVERSAL INSURANCE CO.<br>P.O. BOX 71338<br>SAN JUAN, PR  00936-8438 | | | BOND PAYMENT FOR AUTORIDAD ENERGIA ELECTRICA<br>BOND NO. 100003512 FROM SEP 2011 | | | | 19,526.60 |

Sheet no. ___4___ of ___5___ continuation sheets attached to                        Subtotal   $   89,765.18
Schedule of Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

                                                                                    Total
                                             (Use only on last page of the completed Schedule F. Report also on
                                             the Summary of Schedules, and if applicable, on the Statistical      $
                                             Summary of Certain Liabilities and Related Data.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE UNIVERSAL DOOR AND WINDOW MANUFACTURE IN _____ Case No. 15-01120 (ESL)
                                                        Debtor(s)                                   (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**ZEE MEDICAL SERVICES <br>22 CORPORATE PARK <br>IRVINE, CA 92606** | | | INVOICE 1847493 FROM YEAR 2010 | | | | 95.96 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___5___ of ___5___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 95.96

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $ 1,022,676.62

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE UNIVERSAL DOOR AND WINDOW MANUFACTURE IN                    Case No. 15-01120 (ESL)
_____
Debtor(s)                                                              (If known)

## AMENDED SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MIB ENTERPRISES CORP.<br>ROAD 111 KM 16.2<br>SAN SEBASTIAN, PR  00685 | DEVELOPMENT AND OPERATING AGREEMENT FOR COMMERCIAL PROPERTIES. |
| VARIEDADES ANDUJAR<br>CARMEN ANDUJAR<br>446 KM 0.5 BO.GUATEMALA 52 AVE R.SERRANO<br>SAN SEBASTIAN, PR  00685 | LEASE CONTRACT WITH MIB ENTERPRISES CORP. ASSIGNED TO DEBTOR |
| CALIRA<br>CALVIN ROBERT PHILIPS<br>446 KM 0.5 BO.GUATEMALA 52 AVE.R.SERRANO<br>SAN SEBASTIAN, PR  00685 | LEASE CONTRACT WITH MIB ENTERPRISES CORP. ASSIGNED TO DEBTOR |
| ALMACENES NATHAN<br>EFRAIN RODRIGUEZ<br>446 KM 0.5 BO.GUATEMALA 52 AVE R.SERRANO<br>SAN SEBASTIAN, PR  00685 | LEASE CONTRACT WITH MIB ENTERPRISES CORP. ASSIGNED TO DEBTOR |
| ONE TO SEVEN<br>AHMAD NAFE HAMDAN<br>466 KM 0.5 BO.GUATEMALA 52 AVE R.SERRANO<br>SAN SEBASTIAN, PR  00685 | LEASE CONTRACT WITH MIB ENTERPRISES CORP. ASSIGNED TO DEBTOR |
| K-MI-Z ZONE<br>CANDIDA R. RODRIGUEZ<br>446 KM 0.5 BO.GUATEMALA 52 AVE R.SERRANO<br>SAN SEBASTIAN, PR  00685 | LEASE CONTRACT WITH MIB ENTERPRISES CORP. ASSIGNED TO DEBTOR |
| CALZADOS H.Q. INC.<br>JORGE A. QUINTANA<br>466 KM 0.5 BO.GUATEMALA 52 AVE R.SERRANO<br>SAN SEBASTIAN, PR  00685 | LEASE CONTRACT WITH MIB ENTERPRISES CORP. ASSIGNED TO DEBTOR |
| VAPOR LOUNGE<br>LISSETTE NIEVES LOPEZ<br>446 KM 0.5 BO.GUATEMALA 52 AVE R.SERRANO<br>SAN SEBASTIAN, PR  00685 | LEASE CONTRACT WITH MIB ENTERPRISES CORP. ASSIGNED TO DEBTOR |
| AIREKO SERVICES AND INSTALLATIONS<br>CARLOS RAMOS<br>446 KM 0.5 BO.GUATEMALA 52 AVE R.SERRANO<br>SAN SEBASTIAN, PR  00685 | LEASE CONTRACT WITH MIB ENTERPRISES CORP. ASSIGNED TO DEBTOR |
| JOYERIA EL RUBI<br>YADIRA MENDOZA<br>446 KM 0.5 BO.GUATEMALA 52 AVE R.SERRANO<br>SAN SEBASTIAN, PR  00685 | LEASE CONTRACT WITH MIB ENTERPRISES CORP. ASSIGNED TO DEBTOR |
| SAMMY SE ELECTRONIC<br>SAMUEL PENA PELLOT<br>446 KM 0.5 BO.GUATEMALA 52 AVE R.SERRANO<br>SAN SEBASTIAN, PR  00685 | LEASE CONTRACT WITH MIB ENTERPRISES CORP. ASSIGNED TO DEBTOR |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE UNIVERSAL DOOR AND WINDOW MANUFACTURE IN
Debtor(s)

Case No. **15-01120 (ESL)**
(If known)

## AMENDED SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| ANGEL C. SERRANO CRUZ<br>BO. SALTOS, CARR 446 KM 3.4<br>SAN SEBASTIAN, PR  00685 | BANCO POPULAR DE PR-SPECIAL LOANS<br>P.O. BOX 362708<br>SAN JUAN, PR  00936-2708<br><br>BANCO POPULAR DE PR-SPECIAL LOANS<br>P.O. BOX 362708<br>SAN JUAN, PR  00936-2708<br><br>BANCO POPULAR DE PR-SPECIAL LOANS<br>P.O. BOX 362708<br>SAN JUAN, PR  00936-2708<br><br>BANCO POPULAR DE PR-SPECIAL LOANS<br>P.O. BOX 362708<br>SAN JUAN, PR  00936-2708 |
| EVELIO CRESPO<br>HC-7 BUZON 75162<br>SAN SEBASTIAN, PR  00685 | BANCO POPULAR DE PR-SPECIAL LOANS<br>P.O. BOX 362708<br>SAN JUAN, PR  00936-2708<br><br>BANCO POPULAR DE PR-SPECIAL LOANS<br>P.O. BOX 362708<br>SAN JUAN, PR  00936-2708<br><br>BANCO POPULAR DE PR-SPECIAL LOANS<br>P.O. BOX 362708<br>SAN JUAN, PR  00936-2708<br><br>BANCO POPULAR DE PR-SPECIAL LOANS<br>P.O. BOX 362708<br>SAN JUAN, PR  00936-2708 |
| LILLIAN ALERS SOTO<br>HC-7 BUZON 75162<br>SAN SEBASTIAN, PR  00685 | BANCO POPULAR DE PR-SPECIAL LOANS<br>P.O. BOX 362708<br>SAN JUAN, PR  00936-2708<br><br>BANCO POPULAR DE PR-SPECIAL LOANS<br>P.O. BOX 362708<br>SAN JUAN, PR  00936-2708<br><br>BANCO POPULAR DE PR-SPECIAL LOANS<br>P.O. BOX 362708<br>SAN JUAN, PR  00936-2708 |
| MARITZA SOTO ACEVEDO<br>BO. SALTOS, CARR 446 KM 3.4<br>SAN SEBASTIAN, PR  00685 | BANCO POPULAR DE PR-SPECIAL LOANS<br>P.O. BOX 362708<br>SAN JUAN, PR  00936-2708<br><br>BANCO POPULAR DE PR-SPECIAL LOANS<br>P.O. BOX 362708<br>SAN JUAN, PR  00936-2708 |

© 1993-2013 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE UNIVERSAL DOOR AND WINDOW MANUFACTURE IN          Case No. 15-01120 (ESL)
                          Debtor(s)                                              (If known)

## AMENDED SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  | BANCO POPULAR DE PR-SPECIAL LOANS<br>P.O. BOX 362708<br>SAN JUAN, PR  00936-2708 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re ___UNIVERSAL DOOR AND WINDOW MANUFACTURE INC.___,
　　　　　　　　　　　　　Debtor

Case No. ___15-01120 (ESL)___
　　　　　　　(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date_____　　　　　Signature:_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor

Date_____　　　　　Signature:_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Joint Debtor, if any)

[If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, _____　　　Social Security No._____
of Bankruptcy Petition Preparer　　　　　　　　　　　　　　　(Required by 11 U.S.C. § 110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.

_____
_____
_____
Address

X_____
Signature of Bankruptcy Petition Preparer　　　　　　　　Date_____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the __President - Treasurer__ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the __Corporation__ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date __04/26/2015__　　　　　　　　Signature:_____
　　　　　　　　　　　　　　　　　　　　　　　__Evelio Crespo Traverzo__
　　　　　　　　　　　　　　　　　　　　　　[Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

## United States Bankruptcy Court
### District of Puerto Rico

IN RE:                                                          Case No. <u>15-01120 (ESL)</u>

<u>UNIVERSAL DOOR AND WINDOW MANUFACTURE IN</u>              Chapter <u>11</u>

Debtor(s)

## AMENDED STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT    SOURCE
<u>0.00</u>    <u>NO INCOME FROM YEAR 2013</u>
          <u>NO INCOME FROM YEAR 2014</u>
          <u>NO INCOME FROM JAN-FEB 2015</u>
          COMPANY CEASED OPERATION IN 2011 AND HAS BEEN DEVELOPING A COMMERCIAL CENTER IN ITS
          FACILITIES.

---

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within* **90 days** *immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.\* If the debtor is an individual, indicate with an asterisk (\*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)*

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ *c. All debtors: List all payments made within* **one year** *immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)*

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| A2CI201100484 BANCO POPULAR DE PR VS. UNIVERSAL DOOR & WINDOW, ET AL. | COLLECTION OF MONEY ENFORCEMENT PROCEEDING AGAINST SECURED COLLATERAL FORCLOSURE | TRIBUNAL DE PRIMERA INSTANCIA SAN SEBASTIAN | PENDING |
| A3-D4-DP-15-10 JULIER LOPEZ SANTIAGO VS UNIVERSAL DOOR & WINDOW MANUFACTURE INC. | UNJUSTIFIED LAY OFF | PR LABOR DEPARTMENT | JUDGMENT |
| A3-D4-DP-51-10 JOSE MENDEZ HERNANDEZ VS UNIVERSAL DOOR & WINDOW MANFACTURE INC. | UNJUSTIFIED LAY OFF | PR DEPARTMENT OF LABOR | JUDGMENT |
| A3-D4-DP-110-10 A3-D4-SL-138-10 ROBERTO LORENZO HERNANDEZ VS UNIVERSAL DOOR & WINDOW MANUFACTURE INC. | UNJUSTIFIED LAY OFF VACATIONS | PR DEPARTMENT OF LABOR | PENDING |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **WINSTON VIDAL GAMBARO** P.O. BOX 193673 SAN JUAN, PR  00919-3673 | **FEBRUARY 2015** | **6,000.00** |
| **RETAINER PAID BY MIB ENTERPRISES CORP.** | | |
| **WINSTON VIDAL GAMBARO** P.O. BOX 193673 SAN JUAN, PR  00919-3673 | **FEBRUARY 2015** | 1,717.00 |
| **FILING FEES PAID BY MIB ENTERPRISES CORP.** | | |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None  List all property owned by another person that the debtor holds or controls.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**15. Prior address of debtor**

<sup>None</sup> ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

<sup>None</sup> ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

<sup>None</sup> ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

<sup>None</sup> ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

<sup>None</sup> ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

<sup>None</sup> ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

<sup>None</sup> ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

<sup>None</sup> ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **MONGE ROBERTIN & ASOCIADOS, INC.** | **FROM 2010 TO PRESENT** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**#97 CALLE ACOSTA**
**CAGUAS, PR 00725**

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**MONGE ROBERTIN & ASOCIADOS, INC.**          **FROM JUNE 2010 TO PRESENT**
**#97 CALLE ACOSTA**
**CAGUAS, PR 00725**

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the **two years** immediately preceding the commencement of this case.

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **EVELIO CRESPO TRAVERZO AND LILLIAN ALERS**<br>**HC-7 BUZON 75162**<br>**SAN SEBASTIAN, PR 00685** | | **SHAREHOLDERS - 90%** |
| **LILLIAN ALERS SOTO**<br>**HC-7 BUZON 75162**<br>**SAN SEBASTIAN, PR 00685** | | **SHAREHOLDER ON BEHALF OF LIEVEL CRESPO ALERS - 10%** |
| **EVELIO CRESPO**<br>**HC-7 BUZON 75162**<br>**SAN SEBASTIAN, PR 00685** | **PRESIDENT/TREASURER** | |
| **LILLIAN ALERS SOTO**<br>**HC-7 BUZON 75162**<br>**SAN SEBASTIAN, PR 00685** | **SECRETARY** | |

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **April 24, 2015**          Signature:

**EVELIO CRESPO TRAVERZO, PRESIDENT/TREASURER**

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2015 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only