UNITED STATES BANKRUPTCY COURT
THE DISTRICT OF PUERTO RICO

IN RE: } CASE NUMBER **15-01120 (ESL)**

**UNIVERSAL DOOR AND WINDOW MANUFACTURE, INC.**

JUDGE  ENRIQUE S. LAMOUTTE

a/k/a

**UNIVERSAL DOOR AND WINDOWS MANUFACTURING, INC.**

CHAPTER 11

DEBTOR.

**Amended**
DEBTOR'S MONTHLY OPERATING REPORTS (BUSINESS)
FOR THE PERIOD
FROM   February 20, 2015   TO   March 31, 2015

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

_[signature]_
Attorney for Debtor's Signature

Debtor's Address
and Phone Number:

Universal Door and Window Manufacture, Inc.
HC 2 Box 24892
San Sebastian, PR 00685
Tel: (939) 273-2479

Attorney's Address
and Phone Number:

Winston Vidal, Esq.
USDC-PR 130401
P.O. Box 193673
San Juan, PR 00919-3673
wvidal@prtc.net
Tel: 787 751-2864/Fax: 787 763-6114

MOR-1

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

FOR THE PERIOD BEGINNING, February 20, 2015 AND ENDING March 31, 2015

Name of Debtor: Universal Door and Window Manufacture, Inc.

Date of Petition: February 19, 2015  Case Number: 15-01120 (ESL)

| | MARCH | CUMMULATIVE |
|---|---|---|
| 1. CASH AT BEGINNING OF PERIOD | $ - | $ - |
| 2. RECEIPTS: | | |
| A. Cash sales | - | - |
| Less: cash refunds | - | - |
| Net cash sales | - | - |
| B. Accounts receivable | - | - |
| C. Other receipts (see MOR-3) | - | - |
| (If you receive rental income, you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS (2A+2B+2C) | - | - |
| 4. TOTAL CASH AVAILABLE FROM OPERATIONS (Line 1 + Line 3) | - | - |
| 5. DISBURSEMENTS | NONE | NONE |
| A. Advertising | - | - |
| B. Bank charges | - | - |
| C. Contract labor | - | - |
| D. Fixed asset payments (*not included in "N"*) | - | - |
| E. Insurance | - | - |
| F. Inventory payments | - | - |
| G. Leases | - | - |
| H. Manufacturing supplies | - | - |
| I. Office supplies | - | - |
| J. Payroll net (*see attachments 4B*) | - | - |
| K. Professional fees (*Accounting and Legal*) | - | - |
| L. Rent | - | - |
| M. Repair and maintenance | - | - |
| N. Secured creditors payments (*see attachment 2*) | - | - |
| O. Taxes paid - Payroll (*see attachment 4C*) | - | - |
| P. Taxes paid - Sales and use (*see attachment 4C*) | - | - |
| Q. Taxes paid - Other (*see attachment 4C*) | - | - |
| R. Telephone | - | - |
| S. Travel and entertainment | - | - |
| T. US Trustee quarterly fees | - | - |
| U. Utilities | - | - |
| V. Vehicle | - | - |
| W. Other operating expenses (*see MOR-3*) | - | - |
| 6. TOTAL CASH DISBURSEMENTS | - | - |
| 7. ENDING CASH BALANCE (Line 4 - Line 6) | $ - | $ - |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This  31  day of July, 2015

_____
Signature

MOR -2

MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont.)

Detail of Other Receipts and Other Disbursements

OTHER RECEIPTS:

| Description | | March | Cummulative Petition to Date |
|---|---|---|---|
| | | $ - | $ - |
| NONE | | - | $ - |
| | | - | $ - |
| | | - | $ - |
| | | - | $ - |
| | TOTAL OTHER RECEIPTS | $ - | $ - |

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| - | | | |
| - | | | |
| - | | | |
| - | | | |

OTHER DISBURSEMENTS

| Description | | March | Cummulative Petition to Date |
|---|---|---|---|
| | | $ - | $ - |
| NONE | | - | - |
| | | - | - |
| | | - | - |
| | | - | - |
| | | - | - |
| | | - | - |
| | | - | - |
| | | - | - |
| | | - | - |
| | | - | - |
| | TOTAL OTHER DISBURSEMENTS | $ - | $ - |

MOR-3

## ATTACHMENT 1

## MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor: <u>Universal Door and Window Manufacture, Inc.</u>   Case Number:   <u>15-01120 (ESL)</u>

Reporting Period Beginning <u>February 20, 2015</u> and Ending <u>March 31, 2015</u>

ACCOUNTS RECEIVABLE AT PETITION DATE:     $    10,000.00

### ACCOUNTS RECEIVABLE RECONCILIATION
(Include all accounts receivable, pre petition and post petition, including charge card sales which have not been received):

| | |
|---|---|
| Beginning of Month Balance | $ 10,000.00 |
| PLUS: Current Month New Billings | 694.24 |
| LESS: Collection During the Month | |
| PLUS / LESS: Adjustments or Writeoffs | (10,000.00) |
| End of Month Balance | $ 694.24 |

Explanation and supporting documentation attached for any adjustments or writeoffs:
Pre Petition Receivables were uncollectible due to lack of identity of debtors.

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| $ 694.24 | $ - | $ - | $ - | $ 694.24 |

For any receivables in the "over 90 days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, writeoff, disputed account, ect) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

MOR-4

## ATTACHMENT 2

### MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor: Universal Door and Window Manufacture, Inc.    Case Number: 15-01120 (ESL)

Reporting Period Beginning February 20, 2015 and Ending March 31, 2015

In the space below list all invoices or bills incurred and not paid since the filling of the petition. Do not include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | $ - |
| | | NONE | | - |
| | | | | - |
| | | | | - |
| | | | | - |

◘ Check here if prepetition debts have been paid. Attach an explanation and copies of supporting documentation.

### ACCOUNTS PAYABLE RECONCILIATION (*Post Petition Unsecured Debt Only*)

| | |
|---|---|
| Opening Balance | $ - |
| PLUS: New Indebtedness Incurred This Month | - |
| LESS: Amount Paid on Post Petition Accounts Payable This Month | - |
| PLUS / LESS: Adjustments | - |
| End of Month Balance | $ - |

Explanation and supporting documentation attached for any adjustments or writeoffs:

### SECURED PAYMENTS REPORT

List the status of payments to secured creditors and leasors (post petition only). If you have entered into a modification agreement with a secured creditor / lessor, consult with your attorney and the United States Trustee. Program prior to completing this section.

| Secured Creditor / Lessor | Date Payment Due This Month | Amout Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| BPPR | | $ - | 1 | 6,000.00 |
| COFFEC | | - | 1 | 6,540.58 |
| | | - | | - |
| | | - | | - |
| | | - | | - |
| | Current Month (MOR-2 Line 5N) | $ - | | |

MOR-5

**ATTACHMENT 3**

**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor: Universal Door and Window Manufacture, Inc.    Case Number: 15-01120 (ESL)

Reporting Period Beginning February 20, 2015   and Ending March 31, 2015

**INVENTORY REPORT**

INVENTORY BALANCE AT PETITION DATE:        $18,000.00

INVENTORY RECONCILIATION:

| | |
|---|---|
| Inventory Balance at Beginning of Month | $ 18,000.00 |
| PLUS: Inventory Purchased During Month | |
| LESS: Inventory Used or Sold | |
| PLUS / LESS: Adjustments or Writedowns | |
| Inventory on Hand at End of Month | $ 18,000.00 |

METHOD OF COSTING INVENTORY:   Estimated current value

For any adjustments or writedowns provide explanation and supporting documentation:

**INVENTORY AGING**

| Less than 6 Months old | 6 Months to 2 Years Old | Greater Than 2 Years Old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| ____ % | ____ % | 100% | ____ % | 100% |

◘ Check here if any inventory contains perishable.

Description of obsolete inventory: _____

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:    $ 1,815,500.00
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): 3 LOTS In Bo. Guatemala, San Sebastian: lot of 686.37 meters 2, lot of 14,863.727 meters and a lot of 5,215.69 meters2; file cabinets, furniture and computers; 3 cranes 5 tons each.

FIXED ASSETS RECONCILIATION:

| | |
|---|---|
| Fixed Asset Book Value at Beginning of Month | $ 1,185,110.00 |
| LESS: Depreciation Expense | (42,555.77) |
| PLUS: New Purchases | |
| PLUS / LESS: Adjustments or Writedowns | |
| Fixed Asset Ending Monthly Balance | $ 1,142,554.23 |

For any adjustments or writedowns provide explanation and supporting documentation:

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD: NONE

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor: Universal Door and Window Manufacture, Inc.    Case Number: 15-01120 (ESL)

Reporting Period Beginning  February 20, 2015   and  Ending March 31, 2015

Attach a copy of current month bank statement and bank reconciliation to this summary of bank activity. If bank accounts other than the three required by the United States Trustee program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts

NAME OF BANK : BANCO POPULAR DE PR         BRANCH: SAN SEBASTIAN

ACCOUNT NAME : GENERAL                    ACCOUNT NUMBER: 079-485898

PURPOSE OF ACCOUNT :  OPERATING

Started using bank account in April 2015

| | |
|---|---|
| Ending Bank Balance per Bank Statement | $ - |
| PLUS: Total Amount of Outstanding Deposits | - |
| LESS: Total Amount of Outstanding Checks and other debits | - |
| LESS: Service Charges | - |
| Ending Balance per Check Register | - |

Debit cards used by: _____

If closing balance is negative, provide explanation : _____

The following disbursements were paid in cash (do not include items reported as Petty Cash on Attachment 4D)
◘ Check here if cash disbursements were authorized by United States Trustee

| **Date** | **Amount** | **Payee** | **Purpose** | **Reason for Cash Disbursements** |
|---|---|---|---|---|
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

$ _____  Transferred to Payroll Account

$ _____  Transferred to Tax Account

MOR-7

**Account Details**

Account Number: 079485898
Last Statement Date: 03/31/2015

Product: 013 - BANKRUPTCY COURT
Last Statement Balance: $0.00

Book Balance: $0.00
Available Balance: $0.00

**Transactions**

Section: CHK  Transaction Date: Today

No transactions for the selected period

Available Balance: $0.00

ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: Universal Door and Window Manufacture, Inc.    Case Number: 15-01120 (ESL)

Reporting Period Beginning February 20, 2015 and Ending March 31, 2015

NAME OF BANK: BANCO POPULAR DE PR    BRANCH: SAN SEBASTIAN

ACCOUNT NAME: GENERAL

ACCOUNT NUMBER: 079-485898

PURPOSE OF ACCOUNT: OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         | $ -    |
|      |              | NONE  |         |        |
| TOTAL |             |       |         | $ -    |

MOR-8

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNT

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc. should be listed separately. Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| | | | | - |
| | | NONE | | - |
| | | | | - |
| TOTAL | | | | $ - |

### PETTY CASH REPORT

The following petty cash drawers / accounts are maintained

| Location of box/account | Column 2 Maximum amount of cash in drawer/account | Column 3 Amount of petty cash on hand at end of month | Difference between column 2 and 3 |
|---|---|---|---|
| | - | $ - | $ - |
| | | NONE | |
| | | | |
| TOTAL | | $ - | |

For any petty cash disbursements over $100 per transaction, attach copies of receipts. If there are no receipts, provide an explanation:
_____
_____

TOTAL INVESTMENT ACCOUNTS AND PETTY CASH          $ -

MOR-13

### ATTACHMENT 6

### MONTHLY TAX REPORT

Name of Debtor: Universal Door and Window Manufacture, Inc.   Case Number: 15-01120 (ESL)

Reporting Period Beginning February 20, 2015 and Ending March 31, 2015

### TAXES OWED AND DUE

Report all unpaid post petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| | | NONE | | | |
| | | | - | | |
| TOTAL | | | $  - | | |

MOR-14

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor: Universal Door and Window Manufacture, Inc.    Case Number:   15-01120 (ESL)

Reporting Period Beginning  February 20, 2015   and  Ending March 31, 2015

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month, Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or | Title | Payment description | Amount Paid |
|---|---|---|---|
| | | | |
| | | NONE | |
| | | | |
| | | | |

**PERSONNEL REPORT**

|  | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | NONE | NONE |
| Number hired during the period | - | - |
| Number terminated or resigned during period | - | - |
| Number of employees on payroll at end of period | NONE | NONE |

**CONFIRMATION OF INSURANCE**

List all polices of insurances in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and / or carrier | Phone number | Policy number | Coverage type | Expiration date | Date premium due |
|---|---|---|---|---|---|
| Integrand Assurance Co. | | CP-028076291-01-000000 | General Liability | 10/03/15 | |
| (Policy paid by MIB Enterprise Corp) | | | | | |

The following lapse in insurance coverage occurred this month:

| Policy type | Date lapse | Date reinstated | Reason for lapse |
|---|---|---|---|
| NONE | | | |

◘  Check here if US Trustee has been listed a Certificate Holder for all insurance polices.

MOR-15