**UNITED STATES BANKRUPTCY COURT**
**FOR THE PERIOD BEGINNING June 1, 2015 AND ENDING June 30, 2015**

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER **15-01120 (ESL)** |
| | } | |
| **UNIVERSAL DOOR AND WINDOW** | } | |
| **MANUFACTURE, INC.** | } | |
| | } | JUDGE **ENRIQUE S. LAMOUTTE** |
| a/k/a | } | |
| | } | |
| **UNIVERSAL DOOR AND WINDOWS** | } | |
| **MANUFACTURING, INC.** | } | CHAPTER 11 |
| | } | |
| **DEBTOR.** | } | |
| | } | |

**DEBTOR'S MONTHLY OPERATING REPORTS (BUSINESS)**
**FOR THE PERIOD**
**FROM July 1, 2015 TO July 31, 2015**

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Attorney for Debtor's Signature

Debtor's Address
and Phone Number:

Universal Door and Window Manufacture, Inc.
HC 2 Box 24892
San Sebastian, PR 00685
Tel: (939) 273-2479

Attorney's Address
and Phone Number:

Winston Vidal, Esq.
USDC-PR 130401
P.O. Box 193673
San Juan, PR 00919-3673
wvidal@prtc.net
Tel: 787 751-2864/Fax: 787 763-6114

MOR-1

SCHEDULE OF RECEIPTS AND DISBURSEMENTS

FOR THE PERIOD BEGINNING July 1, 2015    AND ENDING July 31, 2015

Name of Debtor:  Universal Door and Window Manufacture, Inc.

Date of Petition: February 19, 2015    Case Number: 15-01120 (ESL)

|  | July | CUMMULATIVE |
|---|---|---|
| 1. CASH AT BEGINNING OF PERIOD | $     816.00 | $          - |
| 2. RECEIPTS: |  |  |
| A. Cash sales | - | - |
| Less: cash refunds | - | - |
| Net cash sales | - | - |
| B. Accounts receivable | - | - |
| C. Other receipts (see MOR-3) | 5,500.00 | 13,925.00 |
| (If you receive rental income, you must attach a rent roll.) |  |  |
| 3. TOTAL RECEIPTS | 5,500.00 | 13,925.00 |
| (2A+2B+2C) |  |  |
| 4. TOTAL CASH AVAILABLE FROM OPERATIONS (Line 1 + Line 3) | 6,316.00 | 13,925.00 |
| 5. DISBURSEMENTS |  |  |
| A. Advertising | - | - |
| B. Bank charges | - | 9.00 |
| C. Contract labor | - | - |
| D. Fixed asset payments (not included in "N") | - | - |
| E. Insurance | - | - |
| F. Inventory payments | - | - |
| G. Leases | - | - |
| H. Manufacturing supplies | - | - |
| I. Office supplies | - | - |
| J. Payroll net (see attachments 4B) | - | - |
| K. Professional fees (Accounting and Legal) | 2,300.00 | 9,575.00 |
| L. Rent | - | - |
| M. Repair and maintenance | - | - |
| N. Secured creditors payments (see attachment 2) | - | - |
| O. Taxes paid - Payroll (see attachment 4C) | - | - |
| P. Taxes paid - Sales and use (see attachment 4C) | - | - |
| Q. Taxes paid - Other (see attachment 4C) | - | - |
| R. Telephone | - | - |
| S. Travel and entertainment | - | - |
| T. US Trustee quarterly fees | 325.00 | 650.00 |
| U. Utilities | - | - |
| V. Vehicle | - | - |
| W. Other operating expenses (see MOR-3) | - | - |
| 6. TOTAL CASH DISBURSEMENTS | 2,625.00 | 10,234.00 |
| 7. ENDING CASH BALANCE (Line 4 - Line 6) | $   3,691.00 | $   3,691.00 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This  2   day of September, 2015

_____
Signature

MOR -2

MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS  (cont.)

Detail of Other Receipts and Other Disbursements

OTHER RECEIPTS:

| Description | | July | | Cummulative Petition to Date | |
|---|---|---|---|---|---|
| Loan from affiliate | $ | 5,500.00 | $ | 13,925.00 | |
| | | - | | - | |
| | | - | | - | |
| | | - | | - | |
| TOTAL OTHER RECEIPTS | $ | 5,500.00 | $ | 13,925.00 | |

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| 5,500.00 | MIB | Advance | 90 days |
| - | | | |
| - | | | |
| - | | | |

OTHER DISBURSEMENTS

| Description | | July | | Cummulative Petition to Date | |
|---|---|---|---|---|---|
| | $ | - | $ | - | |
| NONE | | - | | - | |
| | | - | | - | |
| | | - | | - | |
| | | - | | - | |
| | | - | | - | |
| | | - | | - | |
| | | - | | - | |
| | | - | | - | |
| | | - | | - | |
| TOTAL OTHER DISBURSEME | $ | - | $ | - | |

MOR-3

<u>**ATTACHMENT 1**</u>

<u>**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**</u>

**Name of Debtor:** <u>**Universal Door and Window Manufacture, Inc.**</u>   **Case Number:**   <u>**15-01120 (ESL)**</u>

**Reporting Period Beginning** <u>July 1, 2015</u>  **and  Ending July 31, 2015**

ACCOUNTS RECEIVABLE AT PETITION DATE:            $          10,000.00

**ACCOUNTS RECEIVABLE RECONCILIATION**
(Include all accounts receivable, pre petition and post petition, including charge card sales which have not been received):

|  |  |
|---|---|
| Beginning of Month Balance | $          - |
| PLUS: Current Month New Billings | |
| LESS: Collection During the Month | |
| PLUS / LESS: Adjustments or Writeoffs | - |
| End of Month Balance | $          - |

Explanation and supporting documentation attached for any adjustments or writeoffs:

_____
_____

**POST PETITION ACCOUNTS RECEIVABLE AGING**
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| $          - | $          - | $          - | $          - | $          - |

For any receivables in the "over 90 days" category, please provide the following:

| Customer | Receivable Date | Status  (Collection efforts taken, estimate of collectibility, writeoff, disputed account, ect) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

MOR-4

ATTACHMENT 2

MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor:  **Universal Door and Window Manufacture, Inc.**     Case Number:    **15-01120 (ESL)**

Reporting Period Beginning  **July 1, 2015**   and  Ending **July 31, 2015**

In the space below list all invoices or bills incurred and not paid since the filling of the petition.  Do not include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| 3/31/2015 | 122 | MIB | Operation and Maintenanc | $    1,555.68 |
| 4/30/2015 | 92 | MIB | Operation and Maintenanc | 1,463.36 |
| 5/31/2015 | 61 | MIB | Credit | (442.48) |
| 6/30/2015 | 31 | MIB | Operation and Maintenanc | 630.10 |
| 7/31/2015 | 0 | MIB | Operation and Maintenanc | 51.65 |
| | | | | - |
| | | | | 3,258.31 |

☐ Check here if prepetition debts have been paid.  Attach an explanation and copies of supporting documentation.

### ACCOUNTS PAYABLE RECONCILIATION (*Post Petition Unsecured Debt Only*)

|  |  |  |
|---|---|---|
| | Opening Balance | $    3,324.14 |
| PLUS: | New Indebtedness Incurred This Month | 51.65 |
| LESS: | Amount Paid on Post Petition | - |
| | Accounts Payable This Month | - |
| PLUS / LESS: | Adjustments | (117.48) |
| | End of Month Balance | $    3,258.31 |

Explanation and supporting documentation attached for any adjustments or writeoffs:
April's invoice was amended adding $325; beginning balance June was incorrect

### SECURED PAYMENTS REPORT

List the status of payments to secured creditors and leasors (post petition only).  If you have entered into a modification agreement with a secured creditor / lessor, consult with your attorney and the United States Trustee.  Program prior to completing this section.

| Secured Creditor / Lessor | Date Payment Due This Month | Amout Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| BPPR | | $    - | 5 | 30,000.00 |
| COFFEC | | - | 5 | 32,702.90 |
| | | - | | - |
| | | - | | - |
| | | - | | - |
| | Current Month | $    - | | |

MOR-5

## ATTACHMENT 3

## INVENTORY AND FIXED ASSETS REPORT

**Name of Debtor:  Universal Door and Window Manufacture, Inc.     Case Number:    15-01120 (ESL)**

**Reporting Period Beginning  July 1, 2015   and  Ending July 31, 2015**

### INVENTORY REPORT

INVENTORY BALANCE AT PETITION DATE:                    $18,000.00

INVENTORY RECONCILIATION:

|  |  |  |
|---|---|---|
| Inventory Balance at Beginning of Month | $ | 18,000.00 |
| PLUS: Inventory Purchased During Month |  |  |
| LESS: Inventory Used or Sold |  |  |
| PLUS / LESS: Adjustments or Writedowns |  |  |
| Inventory on Hand at End of Month | $ | 18,000.00 |

METHOD OF COSTING INVENTORY :            Estimated Fair Value

For any adjustments or writedowns provide explanation and supporting documentation:

### INVENTORY AGING

| Less than 6 Months old | 6 Months to 2 Years Old | Greater Than 2 Years Old | Total Inventory |
|---|---|---|---|
| % | % | 100% | 100% |

 Check here if any inventory contains perishable.

Description of obsolete inventory:                  N/A

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE :         $    1,815,500.00
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION  (First Report Only) :  3 LOTS In Bo. Guatemala, San Sebastian: lot of 686.37 meters 2 , lot of 14,863.727 meters2, and a lot of 5,215.69 meters2; file cabinets, furniture and computers; 3 cranes 5 tons each.

FIXED ASSETS RECONCILIATION:

|  |  |  |
|---|---|---|
| Fixed Asset Book Value at Beginning of Month | $ | 1,017,632.46 |
| LESS: Depreciation Expense |  | (41,183.00) |
| PLUS: New Purchases |  |  |
| PLUS / LESS: Adjustments or Writedowns |  |  |
| Fixed Asset Ending Monthly Balance | $ | 976,449.46 |

For any adjustments or writedowns provide explanation and supporting documentation:

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR  DISPOSED  OF  DURING  THE  REPORTING
PERIOD:                                 NONE

MOR-6

## ATTACHMENT 4A

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

**Name of Debtor:  Universal Door and Window Manufacture, Inc.    Case Number:   15-01120 (ESL)**

**Reporting Period Beginning  July 1, 2015   and  Ending July 31, 2015**

Attach a copy of current month bank statement and bank reconciliation to this summary of bank activity. If bank accounts other than the three requiered by the United States Trustee program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts

NAME OF BANK :  BANCO POPULAR DE PR                    SAN SEBASTIAN

ACCOUNT NAME : GENERAL                                       079-485898

PURPOSE  OF  ACCOUNT :    OPERATING

| | | |
|---|---|---|
| | Ending Bank Balance per Bank Statement | 3,691.00 |
| PLUS: | Total Amount of Outstanding Deposits | - |
| LESS: | Total Amount of Outstanding Checks and other debit | - |
| LESS: | Service Charges | - |
| | Ending Balance per Check Register | 3,691.00 |

Debit cards used by: _____ N/A _____

If closing balance is negative, provide explanation : _____

The following disbursements were paid in cash (do not include items reported as Petty Cash on Attachment 4D)
◨ Check here if cash disbursements were authorized by United States Trustee

| Date | Amount | Payee | Purpose |
|---|---|---|---|
| | | | NONE |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

$ _____ N/A _____  Transferred to Payroll Account

$ _____ N/A _____  Transferred to Tax Account

MOR-7

## Bank Reconciliation - Post Petition Account

**UNIVERSAL DOOR AND WINDOW MANUFACTURE, INC.**
*Banco Popular #079-485898*

**Date:** 31-Jul-15

| General Ledger Account | | | | Outstanding Checks | | | |
|---|---|---|---|---|---|---|---|
| Balance | | $ | 816.00 | CK # | Amount | Date | Payee |
| Add Credits: | | | | | - | | |
| Deposits | $ | 5,500.00 | | | | | |
| Transfer | | - | | | | | |
| Check Reversal | | - | | | | | |
| TOTAL CR. | | 5,500.00 | 5,500.00 | | | | |
| **TOTAL** | | | 6,316.00 | | | | |
| Less Debits: | | | | | | | |
| Disbursements | $ | 2,625.00 | | | | | |
| Bank Charges | | - | | | | | |
| Payroll Fees | | | | | | | |
| Finance Charges | | | | | | | |
| ZBA Debit Transfer | | | | | | | |
| Adjustment | | - | | | | | |
| **Deposit Item Return** | | | | | | | |
| TOTAL DR. | | | 2,625.00 | | | | |
| **Bank Balance - PER** | | | | | | | |
| **General Ledger Account** | | $ | 3,691.00 | | | | |
| | | | | | | | |
| Balance Per Bank Statement | | $ | 3,691.00 | | | | |
| 31-Jul-15 | | | | | | | |
| | | | | | | | |
| Add Deposits in Transit: | | 0.00 | | | | | |
| Total in Transit | | 0.00 | - | | | | |
| | | | | | | | |
| Less Checks Outstanding: | | | | | | | |
| (See List) | | 0.00 | | | | | |
| | | | | | | | |
| TOTAL | | 0.00 | - | | | | |
| **Bank Balance- Per** | | | | | | | |
| **Reconciliation** | | $ | 3,691.00 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Difference: | | $ | - | TOTAL | $ | - | |

**BANCO POPULAR**

Estado Bancario

Desde:
01 de julio de 2015

Hasta:
31 de julio de 2015

UNIVERSAL DOOR  WINDOW MANUFACTURE INC
HC 2 BOX 24892
SAN SEBASTIAN PR  00685-9316

BANKRUPTCY COURT

Página 1

Número de Cuenta
**079-485898**

UNIVERSAL DOOR  WINDOW
MANUFACTURE INC

## Resumen de su Cuenta

### Cheques

| | |
|---|---:|
| Balance Inicial | $816.00 |
| 01 Depósitos | 5,500.00 |
| 02 Retiros | 2,625.00 |
| Cargos por Servicios | 0.00 |
| Balance Final | $3,691.00 |

Recibe **GRATIS** en tu correo electrónico
tu Estado de Cuenta comercial!!! Llame
al 787-756-3939 ó 1-855-756-3939.

Ahora TeleBanco Comercial es el nuevo
**Centro de Banca de Negocios** y nuestro
nuevo número es el 787- 756- 3939 ó 1-
855-756-3939.

## Detalle de la actividad de su Cuenta

### Cheques

| | |
|---|---:|
| Balance Inicial | $816.00 |

CENTRO DE BANCA DE NEGOCIOS le
ofrece la forma más rápida y eficiente de
obtener información de sus cuentas
comerciales y servicios relacionados sin
tener que visitar la sucursal.

Usted puede obtener información de:

- Balance en sus cuentas
- Productos y serciicos comerciales
- Préstamos Comerciales
- Soluciones de crédito
- Todo tipo de reclamaciones
- Apoyo técnico en los servicios

### Depósitos

Hojas de Depósito

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---:|
| 07-13 | 500162450 | Depósito | 5,500.00 |
| | | 01 Total de hojas de depósito | $5,500.00 |
| | | 01 Total de depósitos | $5,500.00 |

### Retiros

Cheques Pagados

| Número de Cheque | Fecha | Referencia | Cantidad | Número de Cheque | Fecha | Referencia | Cantidad |
|---|---|---|---:|---|---|---|---:|
| 00104 | 07-20 | 501007853 | 2,300.00 | 00105 | 07-28 | 501025277 | 325.00 |
| | | | | | 02 Cheques Pagados | | $2,625.00 |
| | | | | | 02 Total de retiros | | $2,625.00 |
| | | | | | **Balance Final** | | **$3,691.00** |

### Historial de Balance Diario

| Fecha | Cantidad en Libro | Cantidad Disponible | Fecha | Cantidad en Libro | Cantidad Disponible |
|---|---:|---:|---|---:|---:|
| 07-01 | 816.00 | 816.00 | 07-15 | 6,316.00 | 6,316.00 |
| 07-02 | 816.00 | 816.00 | 07-16 | 6,316.00 | 6,316.00 |
| 07-03 | 816.00 | 816.00 | 07-17 | 6,316.00 | 6,316.00 |
| 07-06 | 816.00 | 816.00 | 07-20 | 4,016.00 | 4,016.00 |
| 07-07 | 816.00 | 816.00 | 07-21 | 4,016.00 | 4,016.00 |
| 07-08 | 816.00 | 816.00 | 07-22 | 4,016.00 | 4,016.00 |
| 07-09 | 816.00 | 816.00 | 07-23 | 4,016.00 | 4,016.00 |
| 07-10 | 816.00 | 816.00 | 07-24 | 4,016.00 | 4,016.00 |
| 07-13 | 6,316.00 | 1,816.00 | 07-27 | 4,016.00 | 4,016.00 |
| 07-14 | 6,316.00 | 1,816.00 | 07-28 | 3,691.00 | 3,691.00 |

**BANCO POPULAR**

BANKRUPTCY COURT

Página 2

Número de Cuenta
**079-485898**

UNIVERSAL DOOR  WINDOW
MANUFACTURE INC

## Historial de Balance Diario (continuación)

| Fecha | Cantidad en Libro | Cantidad Disponible | Fecha | Cantidad en Libro | Cantidad Disponible |
|-------|-------------------|---------------------|-------|-------------------|---------------------|
| 07-29 | 3,691.00 | 3,691.00 | 07-31 | 3,691.00 | 3,691.00 |
| 07-30 | 3,691.00 | 3,691.00 | | | |

### Su balance mínimo durante este periodo fue: $816.00

*Su próximo estado será el 31 de agosto de 2015*

### Mensajes de Interés

DE TENER ALGUNA PREGUNTA O IDENTIFICAR ALGÚN ERROR EN ESTE ESTADO DE CUENTA DEBE
COMUNICARSE AL CENTRO DE BANCA DE NEGOCIOS AL 787-756-3939 O 1-855-756-3939 DENTRO DEL
TÉRMINO ESTABLECIDO EN EL CONTRATO DE CUENTAS DE DEPÓSITO COMERCIALES.

ATTACHMENT 5A

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor:  **Universal Door and Window Manufacture, Inc.**     Case Number:   **15-01120 (ESL)**

Reporting Period Beginning  July 1, 2015   and  Ending July 31, 2015

NAME OF BANK :     BANCO POPULAR DE PR          SAN SEBASTIAN

ACCOUNT NAME :       GENERAL

ACCOUNT NUMBER:   079-485898

PURPOSE  OF  ACCOUNT  :   OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the  information requested below is included.

| DATE | CHECK NUMBER | PAYEE | | AMOUNT |
|------|--------------|-------|--|--------|
| 7/12/2014 | 104 | Monge Robertin & Asoc. | Professional fees | $  2,300.00 |
| 7/21/2015 | 105 | US Trustee | US Trustee fees | 325.00 |
| **TOTAL** | | | | $  2,625.00 |

MOR-8

<u>ATTACHMENT 4B</u>

<u>MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT</u>

**Name of Debtor:  Universal Door and Window Manufacture, Inc.    Case Number:   15-01120 (ESL)**

**Reporting Period Beginning  July 1, 2015   and  Ending July 31, 2015**

Attach a copy of current month bank statement and bank reconciliation  to  this  Summary  of  Bank  Activity.

NAME OF BANK : _____          BRANCH: _____

ACCOUNT NAME : _____          ACCOUNT NUMBER: _____

PURPOSE  OF  ACCOUNT :   __PAYROLL_____

| | | |
|---|---|---|
| Ending Bank Balance per Bank Statement | $ | - |
| PLUS: Total Amount of Outstanding Deposits | | - |
| LESS: Total Amount of Outstanding Checks and other debits | | - |
| LESS: Service Charges | | - |
| Ending Balance per Check Register | NONE | - |

**Debit cards must not be issued on this account**

If  closing  balance  is  negative, provide  explanation : _____

_____

The following disbursements were paid in cash (do not include items reported as petty cash on attachment 4D)
◻ Check here if cash disbursements were authorized by United States Trustee

| <u>Date</u> | <u>Amount</u> | <u>Payee</u> | <u>Purpose</u> | <u>Reason for cash disbursements</u> |
|---|---|---|---|---|
| | | | | |

The following non-payroll disbursements were made from this account:

| <u>Date</u> | <u>Amount</u> | <u>Payee</u> | <u>Purpose</u> | <u>Reason for cash disbursements</u> |
|---|---|---|---|---|
| | | | | |

MOR-9

**ATTACHMENT 5B**

**CHECK REGISTER - PAYROLL ACCOUNT**

Name of Debtor:  **Universal Door and Window Manufacture, Inc.**     Case Number:   **15-01120 (ESL)**

Reporting Period Beginning  July 1, 2015   and  Ending July 31, 2015

NAME OF BANK : _____ BRANCH: _____

ACCOUNT NAME : _____

ACCOUNT NUMBER: _____

PURPOSE  OF  ACCOUNT :  \_\_PAYROLL_____

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the  information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| | | | | $      - |
| | | | | |
| | | | | |
| | | | | |
| | NONE | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL** | | | | $      - |

MOR-10

<u>ATTACHMENT 4C</u>

<u>MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT</u>

**Name of Debtor:  Universal Door and Window Manufacture, Inc.     Case Number:   15-01120 (ESL)**

**Reporting Period Beginning  July 1, 2015   and  Ending July 31, 2015**

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.

NAME OF BANK : _____     BRANCH:_____

ACCOUNT NAME : _____     ACCOUNT NUMBER:_____

PURPOSE OF ACCOUNT :    TAX _____

|  |  |
|---|---|
| Ending Bank Balance per Bank Statement | $ _____ - _____ |
| PLUS: Total Amount of Outstanding Deposits | _____ - _____ |
| LESS: Total Amount of Outstanding Checks and other debits | _____ - _____ |
| LESS: Service Charges | _____ - _____ |
| Ending Balance per Check Register | NONE _____ - _____ |

**Debit cards must not be issued on this account**

If closing balance is negative, provide explanation : _____
_____

The following disbursements were paid in cash (do not include items reported as petty cash on attachment 4D)
◘ Check here if cash disbursements were authorized by United States Trustee

| <u>Date</u> | <u>Amount</u> | <u>Payee</u> | <u>Purpose</u> | <u>Reason for cash disbursements</u> |
|---|---|---|---|---|
|  |  |  |  |  |

The following non-tax disbursements were made from this account:

| <u>Date</u> | <u>Amount</u> | <u>Payee</u> | <u>Purpose</u> | <u>Reason for cash disbursements</u> |
|---|---|---|---|---|
|  |  |  |  |  |

MOR-11

ATTACHMENT 5C

CHECK REGISTER - TAX ACCOUNT

Name of Debtor:  Universal Door and Window Manufacture, Inc.     Case Number:   15-01120 (ESL)


Reporting Period Beginning  July 1, 2015   and  Ending July 31, 2015


NAME OF BANK : _____  BRANCH: _____

ACCOUNT NAME : _____

ACCOUNT NUMBER: _____

PURPOSE  OF  ACCOUNT :   __TAX_____


Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check
register can be attached to this report, provided all the  information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| _____ | _____ | _____ | _____ | $    - |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | NONE_____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                                                                              $    -

MOR-12

## ATTACHMENT 4D

### INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNT

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc. should be listed separately.  Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| | | NONE | | - |
| | | | | - |
| | | | | - |
| TOTAL | | | | $          - |

### PETTY CASH REPORT

The following petty cash drawers / accounts are maintained

| Location of box/account | Column 2 Maximum amount of cash in drawer/account | Column 3 Amount of petty cash on hand at end of month | Difference between column 2 and 3 |
|---|---|---|---|
| | - | $          - | $    - |
| | | NONE | |
| | | | |
| TOTAL | | $          - | |

For any petty cash disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation:



TOTAL INVESTMENT ACCOUNTS AND PETTY CASH          $     -

MOR-13

## ATTACHMENT 6

## MONTHLY TAX REPORT

Name of Debtor: **Universal Door and Window Manufacture, Inc.**     Case Number:     **15-01120 (ESL)**

Reporting Period Beginning **July 1, 2015**   and  Ending **July 31, 2015**

### TAXES OWED AND DUE

Report all unpaid post petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | NONE | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | - | |
| | | | | | |

TOTAL                                                      $          -

MOR-14

ATTACHMENT 7

### SUMMARY OF OFFICER OR OWNER COMPENSATION

SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor:  **Universal Door and Window Manufacture, Inc.**     Case Number:    **15-01120 (ESL)**

Reporting Period Beginning  **July 1, 2015**   and  **Ending July 31, 2015**

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month, Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or | Title | Payment description | Amount Paid |
|---|---|---|---|
| | | | |
| | | NONE | |
| | | | |
| | | | |

#### PERSONNEL REPORT

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | NONE | NONE |
| Number hired during the period | - | - |
| Number terminated or resigned during period | - | - |
| Number of employees on payroll at end of period | NONE | NONE |

#### CONFIRMATION OF INSURANCE

List all polices of insurances in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and / or carrier | Phone number | Policy number | Coverage type | Expiration date | Date premium due |
|---|---|---|---|---|---|
| Integrand Assurance Co. | | CP-028076291-01-000000 | General Liability | 10/03/15 | |
| (Policy paid by MIB Enterprise Corp) | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

The following lapse in insurance coverage occurred this month:

| Policy type | Date lapse | Date reinstated | Reason for lapse |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |

Check here if US Trustee has been listed a Certificate Holder for all insurance polices.

MOR-15

## ATTACHMENT 8

### SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate ( attach closing statement ); (2) non financial transactions, such as the substitution of assets or callateral; (3) modifications to loan agreements; (4) change in senior management, etc.
Attach any relevant documents:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

We anticipate filing a plan of reorganization and disclosure statement on or before     September 3, 2015

MOR-16