# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

IN RE:

**UNIVERSAL DOOR AND WINDOW MANUFACTURE INC**
aka **UNIVERSAL DOOR AND WINDOWS MANUFACTURING, INC.**

**66–0515741**

Debtor(s)

Case No. **15–01120 ESL**

Chapter **11**

**FILED & ENTERED ON 3/2/16**

***ORDER***

Debtor's objection to claim #4–2 filed by Municipality of San Sebastian (docket entry #129), having been duly notified to all parties in interest, and no replies or objections having been filed timely, it is now ORDERED that said motion be and it is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, March 2, 2016 .

*/s/ Enrique S. Lamoutte*
Enrique S. Lamoutte
United States Bankruptcy Judge