IN THE UNITED STATES BANKRUPCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 15-01120 ESL |
| UNIVERSAL DOORS AND WINDOWS MANUFACTURE INC. | CHAPTER 11 |
| DEBTOR | |

**MOTION OF UNIVERSAL DOORS AND WINDOWS MANUFACTURE INC. SUBMITTING AMENDED APPLICATION OF UNIVERSAL DOORS AND WINDOWS MANUFACTURE INC. PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014(a) FOR AN ORDER UNDER SECTIONS 1107(a) AND 327(a) OF THE UNITED STATES BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF <u>NELSON ROBLES-DIAZ LAW OFFICES, P.S.C. AS DEBTOR'S COUNSEL</u>**

**TO THE HONORABLE COURT:**

**COMES NOW UNIVERSAL DOORS AND WINDOWS MANUFACTURE INC.** (the "Debtor" or "Universal"), through the undersigned counsel and very respectfully requests:

1. On March 11, 2016 the appearing party filed an Application to Employ Debtor's attorney; Nelson Robles-Diaz (Dkt. 180)

2. On March 16th, 2016 the Honorable Court gramted Debtor's Motion to employ Nelson Robles Diaz as counsel for debtor. The amended application (attached hereto) only amends the period of employment of Mr. Robles Diaz. Instead of April 23, 2015 it should read **February 29th, 2016**. In other words the employment of Mr. Robles – Diaz should be effective from **February 29th, 2016.**

**WHEREFORE,** the Debtor very respectfully requests that this Court grants this

motion to amend DKT 186 so that undersigned be consider Debtor's new counsel beginning in February 29th, 2016 as established in the amended application for employment and retention of Nelson Robles Diaz law offices PSC.

Dated: March 17th, 2016
In San Juan, Puerto Rico

Respectfully submitted,

**NELSON ROBLES-DIAZ LAW OFFICES PSC**

By: /s/ Nelson Diaz Robles_____

Nelson Diaz Robles
(USDC/PFR 204410)
nroblesdiaz@gmail.com
PO Box 192302
San Juan , Puerto Rico 00912
Tel: (787) 294-9518
Fax: (787) 294-9519
Proposed Counsel for the Debtor

**Proof of Service**

The undersigned certifies that on even date herewith, she caused the above pleading to be served electronically (via ECF) on all parties having registered with the Court's ECF program in this case and **as per master address list.**

/s/ Nelson Robles- Diaz_____
Nelson Robles-Diaz