# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### Hearing Information:

**Debtor**: UNIVERSAL DOOR AND WINDOW MANUFACTURE INC
**Case Number**: 15-01120-ESL11                                **Chapter**: 11
**Date / Time / Room**: 07/12/2016 10:30 am osjcrt2
**Bankruptcy Judge**: ENRIQUE S. LAMOUTTE
**Courtroom Clerk**: DARHMA ZAYAS
**Reporter / ECR**: CYBELLE HERNANDEZ

### Matter:
EVIDENTIARY HEARING
Doc# 200 Debtor's Urgent Motion requesting extension of time
Doc# 203 Opposition filed by Angel Serrano
Doc# 216 Motion to inform status of production of documents filed by Angel Serrano
Doc# 219 Debtor's opposition Re: #216
Doc# 229 Debtor's reply to opposition filed by Angel Serrano Re: #216
Doc# 236 Debtor's motion requesting entry of order in relation to debtor's motion for clarification of court order
Doc# 241 Opposition filed by Angel Serrano Re: #236

### Appearances: ✓
NELSON ROBLES DIAZ
WINSTON VIDAL-GAMBARO
EDUARDO J CAPDEVILA DIAZ
JAVIER VILARINO ✓

*Isabelle Fullana*
*N. Tomairatani, BPPR*
*V. Medero, Cofec*

### Proceedings:

ORDER:

___ Movant's application to withdraw motion is hereby granted. Re: Docket No. _____

___ The motion to dismiss is hereby granted for the reasons stated in open court. The Court requests a transcript to constitute its findings and conclusions pursuant to Rule 7052 of the Federal Rules of Bankruptcy Procedure.

___ The parties are granted ___ days to file a settlement agreement.

___ The hearing is continued to: _____.

X Other: Attorney Robles gave an overview of the events leading to the request for sanctions. Attorney Capdevila answered informing his perspective. The court clarified that the order imposing sanctions and ordering discovery (#157, re #156), as clarified by the order entered on March 16, 2016 (#184) stands. Thus, debtor's request at dkt. #236 was answered. The court further states that it may award sanctions as requested in dkt. #203. Moving creditor shall file a detail of expenses within 14 days, Debtor is granted 14 days to reply. The oral request for reconsideration by debtor's counsel is denied without prejudice to filing a written request. The court states that further sanctions are based on the late submission of discovery requests based on the order at dkt. #187.

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge