**Nelson Robles-Diaz Law Offices, P.S.C.**
PO Box 192302
San Juan , PR 00919-2302



**Universal Door and Window**
HC 2 Box 24892
San Sebastián, PR 00685

**Invoice 20120**

| Date | Aug 11, 2016 |
|---|---|
| **Terms** | |
| **Service Thru** | Aug 11, 2016 |

**In Reference To: Bankruptcy 15-01120 (Matter)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 03/11/2016 | NR | **Draft:** Read and review of case law in order to draft reconsideration of docket #164. Drafting of Motion for Reconsideration under FRCP 9023 & 9024. | 4.00 | $ 250.00/hr | $ 1,000.00 |
| 03/11/2016 | NR | **Phone Call:** Telephone conference with accountant to clarify some details related to the case. | 0.30 | $ 250.00/hr | $ 75.00 |
| 03/15/2016 | NR | **Review:** Read and review of docket #184. | 1.00 | $ 250.00/hr | $ 250.00 |
| 03/16/2016 | NR | **Draft:** Drafting Notice of Intent to File Leave for Reply to Dkt. 184. | 0.50 | $ 250.00/hr | $ 125.00 |
| 04/01/2016 | NR | **Phone Call:** Telephone conference with Municipality of San Sebastián: Mr. Javier Mercado in relation to proof of claim. | 0.30 | $ 250.00/hr | $ 75.00 |
| 04/01/2016 | NR | **Phone Call:** Telephone conference with CPA in relation to production of documents. Drafting email to Isabel Fullana; partial examination of documents to be produced. | 4.00 | $ 250.00/hr | $ 1,000.00 |
| 04/11/2016 | NR | **Review:** Cont. of review of documents to be produced as identified in files of the vault created by the accountants | 4.00 | $ 250.00/hr | $ 1,000.00 |
| 04/13/2016 | NR | **Draft:** Drafting urgent motion requesting extension to produce documents. | 1.00 | $ 250.00/hr | $ 250.00 |
| 04/14/2016 | NR | **Review:** Read and review of Motion filed by Creditor Ángel Serrano (Dkt. 201). | 0.20 | $ 250.00/hr | $ 50.00 |
| 04/14/2016 | NR | **Review:** Read and review of Court's order granting docket 201. | 0.20 | $ 250.00/hr | $ 50.00 |
| 04/15/2016 | NR | **Review:** Read and review of Motion for Contempt filed by creditor Serrano & Wife. | 1.25 | $ 250.00/hr | $ 312.50 |

**Nelson Robles-Diaz Law Offices, P.S.C.**
PO Box 192302
San Juan , PR 00919-2302



**Universal Door and Window**
HC 2 Box 24892
San Sebastían, PR 00685

**Invoice 20120**

| Date | Aug 11, 2016 |
|---|---|
| **Terms** | |
| **Service Thru** | Aug 11, 2016 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/18/2016 | NR | **Draft:** Drafting email to clients & accountant in relation to production of documents. | 0.30 | $ 250.00/hr | $ 75.00 |
| 04/19/2016 | NR | **Draft:** Read and review of Motion for Contempt; drafting opposition to the same. Read and review of contract for assignment of stocks; drafting motion for extension in relation to docket #197; cont of examination of documents to be produced. | 6.00 | $ 250.00/hr | $ 1,500.00 |
| 04/22/2016 | NR | **Phone Call:** Several telephone conferences with client and CPA MOnge in relation to production of documents. | 1.50 | $ 250.00/hr | $ 375.00 |
| 04/22/2016 | NR | **Review:** Cont. of Examination of documents and creation of Folders for production of documents. | 3.00 | $ 250.00/hr | $ 750.00 |
| 04/22/2016 | NR | **Draft:** Drafting letter for production of documents and confidentiality agreement. | 2.00 | $ 250.00/hr | $ 500.00 |
| 04/26/2016 | NR | **Draft:** Read and review of letter delivered by Fullana and Motion at docket #216. Telephone conference with attorney Fullana. Drafting letter to Attorney Fullana. | 2.00 | $ 250.00/hr | $ 500.00 |
| 04/28/2016 | NR | **Phone Call:** Telephone conference with Treasury Department in relation to proof of claim. Read and review of docket #197. | 1.00 | $ 250.00/hr | $ 250.00 |
| 04/28/2016 | NR | **Review:** Read and revie of motion filed by Treasury in relation to order (Dkt. 197). Drafting Motion in compliance to court order. | 1.00 | $ 250.00/hr | $ 250.00 |
| 04/28/2016 | NR | **Draft:** Drafting opposition to docket #216. | 3.00 | $ 250.00/hr | $ 750.00 |
| 05/04/2016 | NR | **Draft:** Drafting Urgent Motion to Re-schedule hearing set for June 7th. | 1.00 | $ 250.00/hr | $ 250.00 |
| 05/04/2016 | NR | **Draft:** Drafting declaration under 28 USC 1246; Review of Amendments delivered by client in relation to production of documents. Telephone conference with clients. | 1.00 | $ 250.00/hr | $ 250.00 |

**Nelson Robles-Diaz Law Offices, P.S.C.**
PO Box 192302
San Juan , PR 00919-2302



**Universal Door and Window**
HC 2 Box 24892
San Sebastían, PR 00685

**Invoice 20120**

| | |
|---|---|
| **Date** | Aug 11, 2016 |
| **Terms** | |
| **Service Thru** | Aug 11, 2016 |

| | | | | | |
|---|---|---|---|---|---|
| 05/15/2016 | NR | **Review:** Read and review of "Reply to Debtor's Opposition to Docket #216". | 1.00 | $ 250.00/hr | $ 250.00 |
| 05/17/2016 | NR | **Draft:** Drafting urgent motion to reschedule hearing set for June 6. | 1.00 | $ 250.00/hr | $ 250.00 |
| 05/20/2016 | NR | **Draft:** Read and review of Court's Order and drafting motion for clarification of Court's order. | 2.50 | $ 250.00/hr | $ 625.00 |
| 05/23/2016 | NR | **Draft:** Drafting email to client and motion for extension in relation to treasury's proof of claim. | 1.00 | $ 250.00/hr | $ 250.00 |
| 06/01/2016 | NR | **Review:** Read and review of two motions filed by Angel Serrano in opposition to debtor's docket #236. | 2.00 | $ 250.00/hr | $ 500.00 |
| 07/08/2016 | NR | **Meeting:** Meeting with client and CPA Monge in relation to July 12 Hearing. | 2.50 | $ 250.00/hr | $ 625.00 |
| 07/08/2016 | NR | **Draft:** Drafting sections of Pre Trial for July 12 hearing. | 2.75 | $ 250.00/hr | $ 687.50 |
| 07/08/2016 | NR | **Review:** Review and file MOR for April 2016. | 1.00 | $ 250.00/hr | $ 250.00 |
| 07/08/2016 | NR | **Review:** Review and file MOR for May 2016. | 1.00 | $ 250.00/hr | $ 250.00 |
| 07/11/2016 | NR | **Meeting:** Meeting with client and accountant in preparation for tomorrow's DS hearing. | 4.00 | $ 250.00/hr | $ 1,000.00 |
| 07/11/2016 | NR | **Review:** Read and review of documents filed and preparation for hearing schedule for July 12, 2016. | 2.00 | $ 250.00/hr | $ 500.00 |
| 07/12/2016 | NR | **Court Time:** Meeting with client in relation to hearing and appearance at hearing. | 2.00 | $ 250.00/hr | $ 500.00 |
| 07/29/2016 | NR | **Draft:** Drafting motion in relation to Treasury's proof of claim. | 0.30 | $ 250.00/hr | $ 75.00 |

**In Reference To: Bankruptcy 15-01120 (Expenses)**

| Date | By | Expenses | Amount |
|---|---|---|---|
| 03/18/2016 | NR | **Printing/Copying:** 423 photocopies @ $0.25 - in relation to amended application for employment. | $ 105.75 |

**Nelson Robles-Diaz Law Offices, P.S.C.**
PO Box 192302
San Juan , PR 00919-2302



**Universal Door and Window**
HC 2 Box 24892
San Sebastían, PR 00685

**Invoice 20120**

| | |
|---|---|
| **Date** | Aug 11, 2016 |
| **Terms** | |
| **Service Thru** | Aug 11, 2016 |

| | | | | |
|---|---|---|---|---|
| 03/18/2016 | NR | **Mailing/Postage:** Mailing Cost in relation to creditor's notification of Amended Application for Employment 49 @ $0.62. | | $ 30.38 |
| 03/31/2016 | NR | **Miscellaneous:** Expenses related to Pacer downloads from January 1, 2016 to March 31, 2016. | | $ 32.30 |
| 07/13/2016 | NR | **Printing/Copying:** 175 photocopies @ $0.25 - in relation to documents for July 12 hearing. | | $ 43.75 |

| | |
|---|---|
| **Total Hours** | 61.60 hrs |
| **Total Matter** | $ 15,400.00 |
| **Total Expenses** | $ 212.18 |
| **Total Invoice Amount** | $ 15,612.18 |
| **Previous Balance** | $ 0.00 |
| **Balance (Amount Due)** | $ 10,612.18 |

**Payment History:**

| Date | Type | Payment Description | Amount |
|---|---|---|---|
| 3/11/2016 | Balance Adjustment | Retainer | ($5,000.00) |