IN THE UNITED STATES BANKRUPCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 15-01120 ESL |
| UNIVERSAL DOORS AND WINDOWS MANUFACTURE INC. | CHAPTER 11 |
| DEBTOR | |

### DEBTOR'S MOTION IN RELATION TO COURT ORDER [DKT 198]

TO THE HONORABLE COURT:

**COMES NOW UNIVERSAL DOORS AND WINDOWS MANUFACTURE INC.** (the "Debtor" or "Universal"), through the undersigned counsel and very respectfully requests as follows;

The captioned Chapter 11 Reorganization Proceeding was filed on February 19th, 2015. Debtor continues to operate, and manage its affairs under 11 USC §1107 and 1108.

On April 5th, 2016 the Honorable Court entered an order granting Debtor until April 19th, 2016 to state its position to Puerto Rico Treasury Department's motion to set aside order**. See DKT 198.**

On April 19th, 2016, due to other pending matters in the instant case that require immediate attention from Debtor and its legal counsel, it was respectfully requested that a brief extension of 7 days be granted (until April 28th, 2016) to comply with this Court's order at **DKT 198**. On April 25th, 2016 the Honorable Court granted Debtor's request for extension of time. **See DKT 215.**

Due to personal and professional circumstances of parties' attorneys agreed to meet and conduct the negotiations on August 5 2016. The meeting was extremely productive but the Treasury produced a series of documents (related to the proof of claim) that need to be examined by Debtor's accountants in order to be able to reach an agreement with treasury department. The undersigned (and counsel for treasury) consider that seven working days will be sufficient to inform the Court of the final outcome of the above described effort.

**WHEREFORE**, the Debtor very respectfully requests that this Court grants this motion and allow the Parties seven working days to inform of the outcome of their meeting in relation to Treasury's proof of claim.

Dated: August 15th, 2016
In San Juan, Puerto Rico

Respectfully submitted,

NELSON ROBLES-DIAZ LAW OFFICES PSC

By: /s/ Nelson Diaz Robles_____

Nelson Diaz Robles (USDC/PFR 204410)
nroblesdiaz@gmail.com
P.O. Box 192302
San Juan , Puerto Rico 00912
Tel: (787) 294-9518
Fax: (787) 294-9519
Proposed Counsel for the Debtor

**Proof of Service**

3

The undersigned certifies that on even date herewith, he caused the above pleading to be served electronically (via ECF) on all parties having registered with the Court's ECF program in this case.

/s/ Nelson Robles- Diaz_____
Nelson Robles-Diaz

Nelson Diaz Robles (USDC/PFR 204410)
nroblesdiaz@gmail.com
P.O. Box 192302
San Juan , Puerto Rico 00912
Tel: (787) 294-9518
Fax: (787) 294-9519
Proposed Counsel for the Debtor