**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**UNIVERSAL DOOR AND WINDOW MANUFACTURE INC**<br>**aka UNIVERSAL DOOR AND WINDOWS MANUFACTURING, INC.**<br><br>**66–0515741**<br><br>Debtor(s) | Case No. **15–01120 ESL**<br><br>Chapter **11**<br><br>FILED & ENTERED ON 9/30/16 |

***ORDER***

The motion filed by Debtor requesting Urgent extension of time until October 14, 2016 to file amended Disclosure Statement and Plan (docket #283, 285) is hereby granted Order due by 10/14/2016.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Friday, September 30, 2016 .

*Enrique S. Lamoutte*
United States Bankruptcy Judge