Autoridad de Acueductos y Alcantarillados
ESTADO LIBRE ASOCIADO DE PUERTO RICO
P.O. BOX 70101, SAN JUAN, PR 00936-8101

Centro Servicio al Cliente | 787.620.2482
www.acueductospr.com

Cliente **EVELIO CRESPO TRAVERZO**

**Datos de la Cuenta**
Clase de servicio: Residencial
Diámetro del contador: 5/8"
Porción: 33
Días de consumo facturado: 31
Oficina: San Sebastián

**NÚMERO DE CUENTA:** 00021666275 9
**FECHA DE FACTURA:** 08/19/2015
**FECHA DE VENCIMIENTO:** 09/09/2015
**TOTAL A PAGAR:** $93.53
**CANTIDAD ENVIADA:** $_____

000890

SCH 5-DIGIT 00602  I000890 P1  T2

EVELIO CRESPO TRAVERZO
HC 7 BOX 75162
SAN SEBASTIAN PR 00685-7239

00021666 275 9 0000009353 4

TALÓN DE PAGO - DESPRENDA POR ESTA PERFORACIÓN

# PRIMERA FACTURA

Período de consumo hasta: 08/18/2015
NÚMERO DE FACTURA: 203730545081
CLIENTE: EVELIO CRESPO TRAVERZO
DIRECCIÓN: SECTOR BEJUCO
CARR 111 KM 16.0 INT GUATEMALA
SAN SEBASTIAN PR 00685

NÚMERO DE CUENTA: 00021666275 9
FECHA DE FACTURA: 08/19/2015
FECHA DE VENCIMIENTO: 09/09/2015

**RESUMEN DE CARGOS CORRIENTES**

| | |
|---|---|
| CARGOS POR AGUA: | $32.77 |
| CARGOS POR ALCANTARILLADO: | $0.00 |
| CARGO FIJO: | $0.00 |
| *CCAR: | $10.50 |
| **CARGO ESPECIAL: | $2.00 |
| **TOTAL CARGOS CORRIENTES:** | **$45.27** |

* Cumplimiento Ambiental y Regulatorio / ** Gestión Sostenible

| CARGOS / CRÉDITOS | IMPORTE |
|---|---|
| Balance Anterior | $96.52 |
| Pagos | $48.26 CR |
| Cargos Corrientes | $45.27 |
| | |
| Balance Actual | $93.53 |

El cargo corriente de este mes refleja la mitad del consumo en metros cúbicos en el período. Este mes, su factura incluye la primera mitad del cargo $45.27, y la factura del mes siguiente incluirá la otra mitad, $45.27. El Total a Pagar de esta factura incluye la primera mitad del cargo, y además puede incluir ajustes, cualquier balance vencido u otras transacciones financieras del período.

| Contador | Fecha/Lect. Anterior | | Fecha/Lect. Actual | | Consumo | | Consumo Facturado |
|---|---|---|---|---|---|---|---|
| 06186310 | 06/17/2015 | 3848 | 08/18/2015 | 2897 | 46 | E | 23 m3 |

E Significa Consumo Estimado

Un metro cúbico equivale a 264.11458 galones / Su consumo en galones es 6,074.64

Esta factura presenta un balance vencido, el cual debe pagarse en o antes de la fecha de vencimiento o el servicio podrá ser suspendido. No obstante, si los cargos vencidos incluyen facturas de más de 50 días, el servicio puede estar suspendido o podrá ser suspendido en cualquier momento.

**DETALLES DE CARGOS CORRIENTES: TARIFA ACTUAL**

| Concepto | Consumo | Costo | Total |
|---|---|---|---|
| Cargo base | 10.00 | | 10.60 |
| Bloque 1 | 5.00 | 1.25 | 6.25 |
| Bloque 2 | 8.00 | 1.99 | 15.92 |
| | | | |
| TOTAL | 23.00 | | $32.77 |



'L' = Lectura, 'E' = Estimada, 'A' = Ajustada

| TOTAL A PAGAR: | $93.53 |
|---|---|

GUÍA PARA OBJECIÓN DE CARGOS: POR DISPOSICIÓN DE LA LEY 33 DEL 27 DE JUNIO DE 1985, SEGÚN ENMENDADA, TIENE 20 DÍAS (HASTA LA FECHA DE VENCIMIENTO) PARA PAGAR U OBJETAR Y SOLICITAR UNA INVESTIGACIÓN SOBRE CUALQUIER CARGO QUE NO HAYA SIDO FACTURADO PREVIAMENTE. SI NO PAGA NI UTILIZA EL PROCEDIMIENTO DE LA OBJECIÓN DE CARGOS, EL SERVICIO PODRÁ SER SUSPENDIDO DESPUÉS DE LA FECHA DE VENCIMIENTO. PARA MAYOR INFORMACIÓN PUEDE LLAMAR AL CENTRO DE SERVICIOS O VISITE SU OFICINA COMERCIAL.
INVOICE OBJECTION GUIDE: BY PROVISION OF LAW 33 OF JUNE, 27 1985, AS AMENDED, YOU HAVE 20 DAYS (UP TO THE DUE DATE) TO PAY OR OBJECT AND REQUEST AN INVESTIGATION REGARDING ANY CHARGE NOT PREVIOUSLY BILLED. IF NO PAYMENT IS MADE AND IF THE PROCEDURES FOR OBJECTION ARE NOT FOLLOWED, SERVICE MAY BE SUSPENDED AFTER THE DUE DATE. FOR MORE INFORMATION PLEASE CALL OUR CUSTOMER SERVICE CENTER OR VISIT YOUR COMMERCIAL OFFICE WHERE YOUR SERVICE IS PROVIDED.

![AAA Logo] Autoridad de Acueductos y Alcantarillados
ESTADO LIBRE ASOCIADO DE PUERTO RICO

Centro de Servicio al Cliente
Metro: 787.620.2482 Isla: 1.877.411.2482
www.acueductospr.com

# SEGUNDA FACTURA

Período de consumo hasta: 04/14/2015
Número de Factura: 001047285292

Cliente: EVELIO CRESPO TRAVERZO
Dirección: SECTOR BEJUCO
CARR 111 KM 16.0 INT GUATEMALA
SAN SEBASTIAN PR 00685

Clase de Servicio: Residencial
Diámetro del Contador: 5/8"
Días de Consumo Facturado: 30
Oficina: San Sebastián

Número de Cuenta: 00021666275 9
Fecha de Factura: 05/21/2015
Fecha de Vencimiento: 06/11/2015

**RESUMEN DE CARGOS CORRIENTES**

| | |
|---|---|
| Cargos por Agua: | $36.75 |
| Cargos por Alcantarillado: | $0.00 |
| Cargo Fijo: | $0.00 |
| * CCAR: | $10.50 |
| ** Cargo Especial: | $2.00 |
| Total cargos corrientes: | $49.25 |

Contador: 06186310

Consumo Facturado: 25 m3

| Cargos / Créditos | Importe |
|---|---|
| Balance Anterior | $49.25 |
| Pagos | $49.25 CR |
| Ca. | |

El cargo corriente de este mes refleja la segunda mitad del consumo en metros cúbicos, según le indicamos en la factura anterior. En la factura anterior se le facturó la primera mitad del cargo. El Total a Pagar de esta factura incluye la otra mitad, y además puede incluir ajustes, cualquier balance vencido u otras transacciones financieras del período.



Receipt stamp:
Autoridad de Acueductos y Alcantarillados
ESTADO LIBRE ASOCIADO DE PUERTO RICO

Reg:2   17/06/2015  Recibo # 252201
Cobrador: db100001 10:02 AM Ofic. 35
PAGO
Oficina de Servicio al Cliente San Sebastián

Calle Hostos 4 y 6
Tels.: 787-620-AGUA / 1-877-411-AGUA
www.acueductospr.com
Nombre del Cliente: EVELIO CRESPO TRAVERZO
Número de Cuenta: 00021666-275
17/06/2015
Núm. deposito 35-2-232085-db100001
Agua y Alc. 11311001      $49.25
11311                     $49.25
SUBTOTAL                  $49.25
IMPORTE TOTAL             $60.25
CAMBIO                   ($11.00)
EFECTIVO
EFECTIVO

Gracias por pagar su factura.
Por favor, verifique su cuenta.
Si este pago no cubre el balance vencido, su servicio podría ser suspendido.